## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

NIA MILLS                                                    CIVIL ACTION

VERSUS

WILLIAM ALLEN CONNELLY, ET                          NO. 22-00193-BAJ-EWD
AL.

### ORDER

Considering the Defendants' **Motion to Withdraw Motion to Stay Proceedings Pending Resolution of Parallel Criminal Proceedings (Doc. 61)**,

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Defendants' **Motion to Stay Proceedings Pending Resolution of Parallel Criminal Proceedings (Doc. 41)** be and is hereby **TERMINATED AS WITHDRAWN** by the Defendants.

Baton Rouge, Louisiana, this 7th day of March, 2023

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**