2/10/2023

JUDGE TONYA S LURRY

COURT REPORTER: LEXIE VACCARO

STATE OF LOUISIANA
VS
CORY CATCHINGS

CASE #: 211322
CHARGE:
RESISTING A POLICE OFFICER WITH FORCE OR VIOLENCE
DISARMING OF A PEACE OFFICER

 Appearing in Court on this day were Mr. Lonny Guidroz, Assistant District Attorney on behalf of the State, the defendant, and his attorneys, Mr. Steve Moore and Mr. Brady Skinner, III. The defendant offered to withdraw his previous plea of not guilty and enter a No Contest plea of guilty to count one amended to Resisting an Officer and count two, Disarming of a Police Officer.

 The defendant's rights were read and explained to the defendant by the Court and the defendant acknowledged that they understood and waived these rights. The Court, being satisfied that the plea was entered freely, voluntarily, intelligently, and, with full knowledge of the defendant's rights, accepted the guilty plea.
 Age of the defendant was judicially determined to be 34 years.

 The defendant waived all delays for sentencing, and on the recommendation of the District Attorney, was sentenced by the Court to be confined to the West Baton Rouge Parish jail on Resisting an Officer for a period of six (6) months and on the disarming of a Police Officer to be confined to the Louisiana Department of Corrections for a period of two (2) years at hard labor, with credit for time served, to run concurrently with each other and concurrently with any other sentence the defendant is currently serving. The Court informed the defendant that he has two years to file for post-conviction relief. As a result of this plea, the State will waive filing the Habitual Offender bill if applicable.

EXTRACT FROM THE MINUTES OF THIS COURT.
MARK J. GRAFFEO, CLERK OF COURT

*[signature]*
DEPUTY CLERK OF COURT
18TH JUDICIAL DISTRICT COURT
PARISH OF WEST BATON ROUGE, PORT ALLEN, LA.

**EXHIBIT**

**D**