## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NIA MILLS, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM ALLEN CONNELLY, ET AL., <br><br> Defendants. | Case No. 22-193-BAJ-EWD <br><br> Judge Brian A. Jackson <br><br> Magistrate Judge Erin Wilder-Doomes |

### EXHIBIT LIST FOR PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Description appears as cited in underlying Memorandum (Dkt. 219-3).

| Exhibit No. | Description |
|---|---|
| Ex. 1 | Deposition of William Connelly (Connelly I) |
| Ex. 2 | Cazes Resp. to Pl.'s 1st Set of RFAs |
| Ex. 3 | Nov. 9, 2023 Declaration of Nia Mills |
| Ex. 4 | June 27, 2025 Declaration of Nia Mills |
| Ex. 5 | Deposition of Nia Mills |
| Ex. 6 | Hertz Rental Agreement |
| Ex. 7 | Deposition of William Connelly (Connelly II) |
| Ex. 8 | WBRSO Internal Affairs Report |
| Ex. 9 | Deposition of Steven Beckerman, Vol. Two |
| Ex. 10 | ERAD 104-108 |

| | |
|---|---|
| Ex. 11 | Expert Report of Daniel J. Busken |
| Ex. 12 | Mills Uber Receipt |
| Ex. 13 | Amend. Suppl. Cazes Resp. to 2nd Set of RFPs |
| Ex. 14 | March 26, 2021 CAD Report |
| Ex. 15 | Cazes Vehicle Storage, Wrecker Request and Inventory Record |
| Ex. 16 | Declaration of Shirley Lee |
| Ex. 17 | Application for and Affidavit in Support of a Seizure Warrant |
| Ex. 18 | REDACTED Photos of Cards |
| Ex. 19 | Deposition of Steve Beckerman, Vol. One |
| Ex. 20 | Deposition of John Barker |
| Ex. 21 | Hertz Receipt |
| Ex. 22 | Hertz Rental Agreement |
| Ex. 23 | Sept. 14, 2023 Deposition of John Gaudet |

Respectfully submitted,

/s/ Marjorie Menza
Marjorie Menza (*pro hac vice*)
Sara Haji (*pro hac vice*)
Joshua Z. Behrens (*pro hac vice*)
**Social Justice Legal Foundation**
523 West 6th St., Suite 450
Los Angeles, CA 90014
(213) 524-5241
mmenza@socialjusticelaw.org
shaji@socialjusticelaw.org
jbehrens@socialjusticelaw.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of July, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

                                       */s/ Marjorie J. Menza*
                                       Marjorie J. Menza