# Exhibit 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NIA MILLS                                             CASE NO. 22-193-BAJ-EWD

v.

WILLIAM ALLEN CONNELLY, ET AL.

---

**SHERIFF MIKE CAZES'**
**RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS**

---

**NOW COMES** Mike Cazes, Sheriff of West Baton Rouge Parish who, through undersigned counsel, propounds the instant responses to Plaintiff's first set of Requests for Admissions.

**REQUEST FOR ADMISSION NO. 1**

Admit that YOU were SHERIFF of the West Baton Rouge Parish during the period from March 22, 2012 up to and including March 22, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1**

Admitted.

**REQUEST FOR ADMISSION NO. 2**

Admit that no officers in the West Baton Rouge Sheriff's Office Narcotics Task Force were equipped with body cameras on or prior to March 26, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2**

Admitted.

- 2 -

**REQUEST FOR ADMISSION NO. 3**

Admit that vehicles operated by the West Baton Rouge Sheriff's Office Narcotics Task Force were equipped with dashboard cameras on or prior to March 26, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3**

Denied.

Respectfully submitted,

FROSCH RODRIGUE ARCURI, LLC

_____
Jason P. Wixom (LSBN 32273)
Blake J. Arcuri (LSBN 32322)
Laura C. Rodrigue (LSBN 30428)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Telephone: (504) 592-4600
Facsimile: (504) 592-4641
Email: jwixom@fralawfirm.com
barcuri@fralawfirm.com
***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 8th day of November, 2022, a copy of the foregoing was sent to opposing counsel via electronic mail.

_____
Jason P. Wixom