# Exhibit 3

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NIA MILLS,<br><br>      Plaintiff,<br><br>v.<br><br>WILLIAM ALLEN CONNELLY, ET AL.,<br><br><br>      Defendants. | Case No. 22-193-BAJ-EWD<br><br><br>Judge Brian A. Jackson<br><br><br>Magistrate Judge Erin Wilder-Doomes |

## DECLARATION OF NIA MILLS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

In accordance with 28 U.S.C. § 1746, I, Nia Mills, hereby state and declare the following which is based on my personal knowledge:

1. I am a U.S. citizen and the daughter of a U.S. military veteran. I currently live in Orlando, Florida. Although my full name is Nia Melitta Mills, many people who know me call me Ivy. It is the nickname I use for my Uber account.

2. On March 26, 2021, I was driving along Interstate 10 in Louisiana in a Ford Mustang convertible. I had rented the car from Hertz the prior week and was traveling to Houston, Texas in order to purchase a used car. Cory Catchings, my partner, was the only person in the rental car with me.

3. I traveled with $3567.00 in cash in the rental car, and I planned to use the cash to buy a used car from a dealership in Houston. The money came from a combination of my personal savings and COVID 19 Economic Impact Payments I received from the federal

government. This money was seized in civil forfeiture proceedings and has not yet been returned to me.

4. At no point during my drive along I-10 in Louisiana did my rental car smell of or emit a smell of marijuana, either burnt or raw.

5. At no point during my drive along I-10 in Louisiana did I possess or see any marijuana, either burnt or raw, anywhere in the rental car, including in the center console.

6. At no point during the traffic stop or the search of my car did Defendant Connelly or Defendant Gaudet tell me that they smelled marijuana or that they had reason to believe my car contained marijuana, either burnt or raw.

7. It was not until the end of the traffic stop, while I was handcuffed and seated on the ground, that Defendant Connelly told me he had found a bag of marijuana in my rental car. He did not show me the bag or ask me to identify it. I never saw any marijuana and to my knowledge, there was none in the rental car. Defendant Connelly then told me that because he had found a bag of marijuana, I was going to be transported to the Sheriff's Office and my rental car would be towed.

8. During this lawsuit, Defendants asked me to identify the "items, objects, or things seized" from my rental car "by any deputy or employee of the West Baton Rouge Parish Sheriff's Office." I thought that in responding to this question I had to include the bag of marijuana they claimed they found.

9. Exhibits 1 and 2 to this declaration are true and correct copies of receipts for the Uber ride I paid for on March 26, 2021 from the Sheriff's department to my home at the time.

10. Exhibit 3 to this declaration is a true and correct copy of the rental car receipt I received from Hertz for the car that Defendants impounded on March 26, 2021.

11. Exhibit 4 to this declaration is a true and correct copy of the criminal summons that Defendant Connelly issued to me at the Sheriff's department on March 26, 2021.

12. Exhibit 5 to this declaration is a true and correct copy of a Cash App notification I received reflecting an attempted withdrawal of $1,000 from my account on March 26, 2021 at

- 3 -

1:21 pm, while I was being detained at the Sheriff's department and while Defendants had my belongings.

13. Exhibit 6 to this declaration is a true and correct copy of a Cash App notification I received reflecting an attempted withdrawal of $5,000 from my account on March 26, 2021 at 1:22 pm, while I was being detained at the Sheriff's department and while Defendants had my belongings.

14. Exhibit 7 to this declaration is a true and correct copy of notifications I received reflecting that neither of the attempted withdrawals at 1:21 pm and 1:22 pm were successful because there was not enough cash in my account.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed on this 9th day of November 2023, at Orlando, Florida.



Nia Mills

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

/s/ Vanessa Domenichelli