# Exhibit 9

```
                 UNITED STATES DISTRICT COURT
                          FOR THE
                 MIDDLE DISTRICT OF LOUISIANA
                  CIVIL ACTION NO.: 22-CV-00193


NIA MILLS,

        Plaintiff,

vs.

WILLIAM CONNELLY, ET AL,

        Defendant.
_____


            REMOTE DEPOSITION OF STEVEN BECKERMAN
(IF APPLICABLE NOTICED AS: STEVEN BECKERMAN, COO OF ERAD GROUP)




        DATE TAKEN:  APRIL 14, 2025

        TIME:        10:24 a.m. - 11:15 a.m.

                    (Based on Time Zone from Notice)

        WITNESS APPEARED BY:  Video teleconference




Reported By:
AMY MA, AAERT No. 2679
Notary Public for the State of Florida
```

1                P R O C E E D I N G S

2   Deposition taken before AMY MA, AAERT No. 2679, Digital

3   Reporter, State of Florida pursuant to Notice.

4           THE REPORTER:  We are now back on the record.  Please

5   proceed.

6                         EXAMINATION

7   BY MS. MENZA:

8       Q.   Okay.  Mr. Beckerman, you do recall that you are still

9   under oath; is that correct?

10      A.   Yes.

11      Q.   Great.  Okay.  I'm just gonna -- we still have this

12  Exhibit, I'm just gonna hit direct the page to make sure it's

13  still available to you.  I'm curious on this last point.  So,

14  this is still -- I don't know what Exhibit this is 8, I think.

15  It says read and freeze prepaid card at the point of

16  interdiction.  Can you tell me what it is you mean by that?

17      A.   The -- the first part, you know, to state the obvious,

18  we want as a best practice to read every piece of plastic that

19  has a magnetic stripe, because any piece of plastic with a

20  magnetic stripe could have encoded payment card information.

21  Whether that be a credit card or debit card or a prepaid card.

22           But as it relates to prepaid cards, the technology to

23  move money from one prepaid card to another prepaid card or to a

24  bank account is accessible to anyone via money service bureau or

25  a money transmitter.  So, an example would be Western Union.

1  Western Union is an example of a money service bureau that
2  historically you would have to be present in order to move money
3  from one part of the world to another.  And now with these
4  applications, you simply need card information to move money
5  from a prepaid card to either another prepaid card or to a bank
6  account.
7           The only way to prevent that from happening is by
8  placing a temporary hold on the funds.  And -- so, in our
9  vernacular, we use the term freeze.  So, if law enforcement
10 places a freeze on a prepaid card account, that freeze will
11 remain in place and prevent the cardholder then from
12 transferring the money off of the card that may have been
13 confiscated by law enforcement, so that the funds can't be moved
14 to another financial institution or to another prepaid card.
15          So, that's -- that's why we recommend that the money
16 be frozen, so that -- that -- that does- -- doesn't happen.
17      Q.   Okay.  What's the point of interdiction?  What does
18 that -- what does that mean?
19      A.   So, a- -- again, I'm not a sworn officer.  I
20 understand the term to be when a law enforcement officer now
21 is -- is at a location with an individual.  And I -- again, I
22 can't tell you that, you know, they -- they do, or they don't
23 suspect some illegal act has occurred.  But the
24 inter- -- interdiction is meant to -- to establish the point
25 where law enforcement and the card are in the same place.

 1      Q.   I see.  Okay.  So, it's almost like the intersection,
 2  like when you've got the cards in your hand, is that
 3  essentially?
 4      A.   Yeah.
 5      Q.   Okay.  I'm going to just pull up that sample policy
 6  that we saw a little bit ago, and this will become Exhibit 10.
 7           (Exhibit No. 10 marked for identification.)
 8           And it is a document with Bates beginning ERAD
 9  underscore 064, and it goes down to -- I can't read it, but I
10  believe it's 066.  I can just wildly grant control.  Okay.
11           Do you know who drafted this sample policy?
12      A.   I ultimately published it and -- and placed it on
13  the -- the -- our internal website for our clients to have
14  access to.
15      Q.   And you say you ultimately published it.  Did you
16  retain a consultant to draft it?
17      A.   I -- I -- I did not.  This was a reflection of several
18  client attorneys who provided, you know, examples of policies
19  that -- that they had recommended to their clients.  And -- so,
20  it represent sort of a conglomeration of several different
21  attorneys.
22      Q.   Got it.  Client attorneys who your clients recommended
23  to you?  Or how did you get in touch with those people?
24      A.   It -- they were either clients themselves or they were
25  the attorneys for the clients.

```
 1   mark it as Exhibit 10 [sic].
 2              (Exhibit No. 11 marked for identification.)
 3              And it is -- there it is.  I just wanna move that so
 4   you all can see.  It is plaintiff underscore a lot of zeros and
 5   ends in a two.  Have you seen this document before in
 6   preparation for today's testimony?
 7        A.    Yes.
 8        Q.    Okay.  Do you have an understand- -- do you know what
 9   LEA stands for in this document?
10        A.    Law Enforcement Agency.
11        Q.    And then it says balance check, and then it says ERAD.
12   Do you understand that to also be
13   E- -- capital E-capital R-capital A-capital D?
14        A.    I understand that's what it should be.
15        Q.    Okay.  If -- do you understand why a balance check
16   would result in a $5,000 and $1,000 declined transaction that
17   says not enough cash?
18        A.    I can't speak to how -- this came from Cash App, I
19   believe --
20        Q.    Correct.
21        A.    -- is how it was presented to me.  I can't explain how
22   or why and what logic Cash App uses to present those specific
23   words to it, whether it's, you know, not enough cash.  As we saw
24   when we were looking at the possible explanations, you might
25   recall that the certain decline codes, one of the possible
```

1    explanations is because there is not enough cash available.

2        Q.   For sure.  I guess what I'm asking is if it's a

3    balance check, why didn't it just return the balance?  Why does

4    it -- as far -- like, let's say there was $207 in this account,

5    why would a balance check, if that is indeed what was done on a

6    Cash App card, come out as a $5,000 withdrawal attempt and then

7    a $1,000 withdrawal attempt, is that consistent with a balance

8    check transaction?

9        A.   The --

10           MR. WIXOM:  I'm just gonna object to the form in terms

11   of it being designated the withdrawal.  But you can go ahead.

12           THE WITNESS:  That was the point I was going to make.

13   There -- there was no withdrawal.  There was no attempted

14   withdrawal.  The balance check transaction that was run was

15   to -- to -- to Cash App, and this is the -- the process that we

16   use.  When there isn't sufficient funds available, returned in

17   the message from the card issuer would include the balance.

18           And -- so, that amount we would extract from the

19   transaction record, which is the same transaction record that

20   every merchant in the world sees.  We would present that value.

21   But as Cash App did not provide any balance information,

22   there -- there was no attempted withdrawal.  So, there were no

23   funds that were taken from this Cash App account.  Why they

24   chose to present it this way, you'd have to ask Cash App.

25       Q.   Do you -- when you say there was no attempted

```
 1  withdrawal, how -- what -- what basis do you have to say that?
 2  How do you know that there was no --
 3       A.   Right.  So -- so, the -- the way the ERAD system
 4  works, and this has been since the beginning when we designed it
 5  this way, is that law en- -- anyone, any user, law enforcement
 6  agency, only has the ability to withdraw cash if there is a cash
 7  amount in the system.
 8            So, in other words, when a balance request, a balance
 9  check is made, if the answer comes back, whether it's in this
10  example, not enough cash, whatever the declined message is, then
11  there is zero dollars available, and the ERAD system can't be
12  used to take money from that account whether there is or isn't
13  money there.
14            As far as the user sees, there is no money available.
15  So, in this case, regardless of what the -- the explanation is,
16  there was no money shown in the ERAD system.  Therefore they
17  could not -- they -- the client, West Baton Rouge could not
18  execute a seize transaction to take money, because there was no
19  money shown.
20       Q.   Is -- okay.  I understand what you're saying.  And
21  when one enters a card into the ERAD system, do you have to
22  start with a balance inquiry, or you -- can you go straight to
23  the seize function?
24       A.   You must run a balance inquiry first.
25       Q.   And why -- how does the ERAD system ensure that?
```

1    A.   I can't tell you how the lines of code are written.
2  It's not my area of expertise.  I can tell you when the system
3  was built, and as it's existed since 2011, there is no way to
4  run -- to execute a withdrawal, a seizure if there's no value in
5  the balance field.
6    Q.   Sorry if there's no value in the balance feed?  Is
7  that what you said?
8    A.   The balance field.  So, in the system there is a
9  field --
10   Q.   Okay.
11   A.   -- it's called balance, B-A-L-A-N-C-E --
12   Q.   Yeah.  Yeah.
13   A.   -- and it's populated with the information that we
14  received from the financial institution.  So, if the financial
15  institution says there's $100, then there would be $100
16  presented in the balance field, and the user could then execute
17  a transaction to either freeze the amount or directly take that
18  money and transfer it to their fiduciary account.
19         In the example that you presented here, there was no
20  balance in the balance field, because if -- we receive
21  the -- the ERAD system received a decline message from Cash App,
22  as you're showing here on the screen, the -- what they presented
23  to the user was that there was not a cash -- not enough cash to
24  execute any transactions.  And -- so, therefore we had no value
25  to populate the balance field.  Therefore the user could not

1  make any kind of withdrawal.

2      Q.   So, my question is not about whether the user could
3  make a withdrawal, it's just more whether the user could type in
4  a number and try a withdrawal.  Does that make sense?  So, the
5  withdrawal is declined, 'cause it's impossible.  There's not
6  $5,000 in this account.  But can you go straight to the
7  withdrawal function and type in an amount, and then you're
8  declined, because there isn't $5,000 in the account?  Does
9  that -- that's what I'm asking?

10     A.   If -- if we have received a declined message from the
11 financial institution, then it is not possible to manually key
12 in an amount and then again try to execute a withdrawal.

13     Q.   Do you -- okay.  And I -- I was getting close to
14 merging where we're going.  If I have my Cash App card, I have
15 my ERAD scanner, and I have the laptop open, and I scan the
16 card, and I click seize, and I typed in 5,000, could that result
17 in the same decline code?

18     A.   So, it's -- again, it's a hypothetical.

19     Q.   Totally, but except I'm trying to figure out why there
20 are two separate transactions that Cash App is showing a $5,000
21 one and a $1,000 one.  It's not showing a balance check.  So, I
22 don't -- and -- so, I'm trying to -- I will tell you -- the
23 Sheriff's Deputies could not explain it.

24          They -- what they did say, if I'm not mistaken.  And,
25 Jason, you can correct me that they were trying different

```
 1  balances to see what the balance was.  This was -- this was
 2  their balance attempt.  And -- so, I'm curious how that could
 3  be -- how do you try a balance if it's not an attempt to
 4  withdraw?
 5       A.   So, the -- the way the balance check process works is
 6  we first run -- first, we look to see what type of card it is.
 7  If it's a debit card attached to a checking account or a credit
 8  card, then the system is unavailable for our balance check.
 9       Q.   Okay.
10       A.   Okay.  So, if it passes the first check, is it a
11  prepaid card?  Then it's gonna fall into one of two categories.
12  It's either gonna be a prepaid card or what's called in the
13  industry, a gift card.  A gift card is a single load purchase
14  card for up to $500.
15            If it meets that designator, then we run a partial
16  authorization, that's a payment industry term, and request $500
17  to see if there was $500 on the account.  I can't tell you the
18  technical explanation of how the partial authorization goes
19  through.  But essentially to the effect, we -- we are looking at
20  this card, is there $500 available on this card?  And that's a
21  electronic message that's sent to the entity that manages that
22  prepaid card.
23       Q.   Okay.
24       A.   The answer is, no, there's not $500 contained in the
25  digital response.  Is the amount of money that is available?
```

1  So, if -- in that example, there was $200 available, then the
2  message that would come back would say, no, there's not 500,
3  there is 200.  And that $200 would then get populated in the
4  ERAD system.
5           If the card is classified as a prepaid card, then we
6  first run a $5000 request looking to see in their response, if
7  it's not 5,000, how much is available?  But we have seen over
8  the years that not all card issuers respond with -- to that
9  $5,000 request, that they may see that as a potentially
10 fraudulent transaction, in which case then we run a $1,000
11 partial authorization request.
12          And if after neither of those receive, again contained
13 in the electronic message, the balance, then we post the -- the
14 decline message, which is what we received from the financial
15 institution or the processor, in this case, Cash App, and we
16 post a decline, whatever the decline code that came through, in
17 this example, it was a decline 51.
18     Q.   I see.  And you still don't get -- after the 1,000,
19 you're still not getting a balance?
20     A.   We stop after 1,000.
21     Q.   Meaning it's -- when you were talking about the gift
22 card, you go to 500, and then you get whatever from 0 to 500.
23 You do get, in fact, a balance statement?
24     A.   If -- if there is a balance.
25     Q.   If there is a balance.

1     A.    Yes.

2     Q.    In this instance on the Cash App, this is specific it
3  sounds like to Cash App cards, let's say, at -- at least with
4  respect to Cash App cards, ERAD does a default $5,000
5  preauthorization charge?  Or preauthorization check?

6     A.    I'm sorry.  There was some background noise.  I
7  couldn't hear.

8     Q.    Oh, I'm sorry.

9     A.    Can you repeat the question?

10    Q.    Yes.  So, with respect to Cash App cards, it is ERAD
11 that does by default a $5,000 preauthorization check?

12    A.    Partial authorization.

13    Q.    Partial auth- -- authorization check.  And that is
14 typically Cash App always blocks those?  Or sometimes Cash App
15 blocks those?

16    A.    I've seen over the years a response.  So, I have seen
17 over the years balances presented from cash application -- from
18 the Cash App application to distinguish from Venmo and PayPal.
19 But in this particular instance, Cash App responded with a
20 decline --

21    Q.    Okay.

22    A.    -- in both of those --

23    Q.    On both?  And -- so, that's what I was gonna ask.  It
24 didn't respond after the second one with an amount with a
25 balance?

```
 1                    CERTIFICATE OF REPORTER

 2

 3   STATE OF CALIFORNIA                )
                                        )
 4   COUNTY OF LOS ANGELES              )

 5

 6      I, AMY MA, AAERT No. 2679, Digital Reporter, State of

 7   Florida, do hereby certify that I was authorized to and did

 8   electronically report the Deposition of STEVEN BECKERMAN; that

 9   STEVEN BECKERMAN was duly sworn on the date indicated; that a

10   review of the transcript was requested and that the electronic

11   recording of the proceedings was provided for transcription.

12      I FURTHER CERTIFY that I am not a relative, employee, or

13   attorney, or counsel of any of the parties, nor am I a relative

14   or employee of any of the parties' attorneys or counsel

15   connected with the action, nor am I financially interested in

16   the action.

17         DATED this 22ND day of APRIL 2025.

18

19

20         _____
           AMY MA, AAERT No. 2679
21

22

23

24

25
```

```
 1              CERTIFICATE OF TRANSCRIPTIONIST

 2

 3       I, JAYNE DOUGLAS, do hereby certify that I transcribed the

 4  electronic recording produced by AMY MA, AAERT No. 2679,

 5  Digital Reporter, State of Florida of the Deposition on the

 6  record; and that the foregoing transcript is a true transcript

 7  of said electronic recording.

 8       I FURTHER CERTIFY that I am not a relative, employee,

 9  attorney, or counsel of any of the parties, nor am I a relative

10  or employee of any of the parties' attorneys or counsel

11  connected with the action, nor am I financially interested in

12  the action.

13            DATED this 22ND day of APRIL 2025.

14

15

16       _____
                      JAYNE DOUGLAS
17

18

19

20

21

22

23

24

25
```