# Exhibit 10



US008881976B1

# (12) United States Patent
## Williams

(10) Patent No.: **US 8,881,976 B1**
(45) Date of Patent: **Nov. 11, 2014**

(54) **METHOD FOR OBTAINING A BALANCE AND WITHDRAWING FUNDS FROM A PREPAID ACCESS DEVICE BY LAW ENFORCEMENT**

(71) Applicant: **Thomas J Williams**, Fort Worth, TX (US)

(72) Inventor: **Thomas J Williams**, Fort Worth, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 104 days.

(21) Appl. No.: **13/757,730**

(22) Filed: **Feb. 1, 2013**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 61/598,259, filed on Feb. 13, 2012.

(51) Int. Cl.
  *G06Q 40/00* (2012.01)
  *G06Q 40/02* (2012.01)

(52) U.S. Cl.
  CPC ........................... *G06Q 40/02* (2013.01)
  USPC .......................................... **235/379**; 235/380

(58) **Field of Classification Search**
  USPC ..................... 235/379, 380, 382; 705/35, 44
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 8,762,266 B2 * | 6/2014 | Moran et al. | ..................... | 705/39 |
| 2004/0257231 A1 * | 12/2004 | Grunes et al. | ............. | 340/572.1 |
| 2006/0271457 A1 * | 11/2006 | Romain et al. | .................. | 705/35 |

* cited by examiner

*Primary Examiner* — Ahshik Kim
(74) *Attorney, Agent, or Firm* — Mark W Handley

(57) **ABSTRACT**

A method is disclosed for use by law enforcement for obtaining a balance and seizing funds from prepaid access devices using existing clearing and settlement networks for open loop branded bank cards and closed loop private label cards. A payment terminal has a scanner for reading indicia from the prepaid access devices. A merchant identity is used for cloaking the identity of law enforcement. A balance inquiry instruction is forwarded to an issuing processor, which polls an issuing financial institution for the balance of the funds available in an associated account. An encumbering instruction is then forwarded to the issuing processor and the issuing financial institution, which includes at least one of a seize instruction and a freeze instruction. A claiming instruction is then forwarded to the issuing financial institution to forward the balance of the funds from the associated account to a law enforcement account.

**18 Claims, 5 Drawing Sheets**



ERAD_104



ERAD_105



FIG. 2

ERAD_106

Case 3:22-cv-00193-BAJ-EWD    Document 221-10    07/02/25    Page 5 of 6



FIG. 3

ERAD_107

Case 3:22-cv-00193-BAJ-EWD    Document 221-10    07/02/25    Page 6 of 6



FIG. 4

ERAD_108