# Exhibit 12

# Uber

March 26, 2021

## Here's your receipt for your ride, Ivy

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$213.67** |

| | |
|---|---|
| Trip fare | $232.02 |

| | |
|---|---|
| **Subtotal** | **$232.02** |
| Pass Discount | −$23.73 |
| Booking Fee | $3.00 |
| State Assessment Fee | $2.38 |

**VISA** •••• 6859      $213.67

A temporary hold of $213.61 was placed on your payment method •••• 6859. This is not a charge and will be removed. It should disappear from your bank statement shortly.

Visit the trip page for more information, including invoices (where available)

**You rode with Shelby**

UberX    184.85 miles | 2 h 42 min

- 6:30 PM | 220 N Alexander Ave, Port Allen, LA 70767, US
- 9:12 PM | Jackson, MS, USA

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Your upfront price has been adjusted due to unanticipated tolls or surcharges on this trip. Please see the receipt breakdown for details.