# Exhibit 13

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**NIA MILLS**                                                               **CASE NO. 22-193-BAJ-EWD**

**v.**

**WILLIAM ALLEN CONNELLY, ET AL.**

---

**SHERIFF MIKE CAZES' SUPPLEMENTAL AND AMENDED RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION, SET TWO**

---

**NOW COMES** former Sheriff Mike Cazes who, through undersigned counsel, propounds these responses to Plaintiff's Second Set of Requests for Production, which were previously served upon him:

**REQUEST FOR PRODUCTION NO. 18**

ALL DOCUMENTS and COMMUNICATIONS, related to the SUBJECT VEHICLE, including but not limited to: ANY photographs, video imagery, impound receipts, affidavits, logs, odometer logs, gas tank logs, access logs.

**AMENDED AND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 18**

Defendant does not have independent knowledge regarding the subject vehicle. Defendant has been sued solely in his capacity as William Allen Connelly's and John Gaudet's employer. He did not have any involvement in the traffic stop that is the subject of this litigation or any searches at issue. However, per John Barker, the former major over the narcotics division, the only document in Defendant's possession that corresponds to the criteria as outlined in Request for Production Number 18 is the "Vehicle Storage, Wrecker Request, and Inventory Record," which

is already in Plaintiff's possession, and is attached as ATTACHMENT 1 to Plaintiff's Second Set of Interrogatories directed to William Allen Connelly.

**REQUEST FOR PRODUCTION NO. 19**

ALL DOCUMENTS and COMMUNICATIONS, including agreements or contracts with third parties including, but not limited to, HERTZ AND Road Runner, as identified in ATTACHMENT 1, AND ANY other vehicle towing or storage company.

**AMENDED AND SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 19**

Defendant objects to Request for Production Number 19 insofar as it is overly broad and non-specific as to date and time. This case involves an alleged series of incidents occurring in March 2021. Any communications with either Hertz or Road Runner before or after that period are irrelevant for the purposes of this litigation as they will not serve to support or discount any of Plaintiff's allegations. Further, Plaintiff's request is unduly burdensome, insofar as to the extent it is even possible to do so, Defendant's employees would be tasked with reviewing various forms of document storage, at great expense to Defendant and to the detriment of the West Baton Rouge Parish Sheriff's Office's mission to maintain peace and order in the Parish of West Baton Rouge. Employees assigned to other functions would need to be reassigned, thereby detracting from their duties. Subject to and without waiving any objections, no documents relating to Plaintiff's claims exist. WBRSO has not entered into a contractual relationship with Hertz, Road Runner, or any other vehicle towing company. Defendant does not know what Plaintiff contemplates through her use of the phrase "storage company," as that phrase can be interpreted in a multitude of ways. Regardless, the information requested remains irrelevant to the issues presented in this matter.

**REQUEST FOR PRODUCTION NO. 20**

ALL DOCUMENTS and COMMUNICATIONS showing DEPARTMENT POLICIES in effect from March 26, 2016 through April 23, 2021 concerning the seizure or impound of vehicles.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20**

Defendant objects to Request for Production Number 20 insofar as it is overly broad and seeks information far beyond the scope of the claims being litigated in this matter. This case involves an alleged series of incidents occurring in March 2021. Any department policies in effect prior to that date or after that date will not serve to support or discount any of Plaintiff's allegations. Subject to and without waiving the aforementioned objection, Defendant does not have any documents responsive to this request as no such policies existed during the timeframe referenced.

Respectfully submitted,

FROSCH, RODRIGUE, ARCURI LLC

s/ *Jason P. Wixom*
BLAKE J. ARCURI (LSBN #32322)
LAURA C. RODRIGUE (LSBN #30428)
JASON P. WIXOM (LSBN #32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel: (504) 592-4600 Fax: (504) 592-4641
COUNSEL FOR SHERIFF CAZES
Email: barcuri@fralawfirm.com
lrodrigue@fralawfirm.com
jwixom@fralawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of January, 2025, a copy of the foregoing was sent to Plaintiff's counsel via email.

s/ *Jason P. Wixom*