# Exhibit 14



# CAD Abstract

**Sequence Number :** WBRSO:2021:02233

| Call Answered | Response Type | Case Number |
|---|---|---|
|  | TRAFFIC STOP | WBRSO:21:03:0727 |

| Created | Dispatched | Completed | Disposed |
|---|---|---|---|
| 03/26/21 12:54:15 | 03/26/21 12:54:15 | 03/26/21 16:26:51 | 03/27/21 04:32:18 |

## CAD Information

| | |
|---|---|
| Response Type : | TRAFFIC STOP |
| Dispatch Group : | WBRSO1 |
| Primary Resource : | W85 - CONNELLY,ALLEN |
| Primary Agent : | CONNELLY,ALLEN |
| Assisting Resources : | W15 - KIBBY,KEITH; W25 - WASHINGTON,ALTON; W60 - GREEN,CHRIS; W79 - PART,RODNEY |
| Response Origin : | Quick Call |
| Disposition Codes : | HANDLED |

## Reporting Party (RP) - Incident Location Information (ILI)     Validated Address : True

| | | | |
|---|---|---|---|
| Caller Name : |  | CPI Number : |  |
| CPI Location : |  | | |
| Common Place : | HAMPTON INN | Zone : | WBRSO |
| House Number : | 2755 | City : | 2755 |
| Street Name : | COMMERCIAL | State : |  |
| Suffix : |  | Zip Code : |  |
| Street Type : | DR | X Coordinate : | -91.2414168600 |
| Cross Streets : |  | Y Coordinate : | 30.4493303800 |
| Free Format Address : | 2755 COMMERCIAL DR HAMPTON INN ( RIZZUTTO BROTHERS RD/ ) | | |

## Address Information

| Date/Time | Address | City | Agent / Workstation |
|---|---|---|---|
| 03/26/21 13:09:51 | 2755 COMMERCIAL DR HAMPTON INN ( RIZZUTTO BROTHERS RD/ ) |  | DEREK SARRADET / Position82 |

## Services

| Date/Time | Service ID | Status | Agent / Workstation |
|---|---|---|---|
| 03/26/21 13:13:56 | ROADRUNNER WRECKER | Dispatched | DEREK SARRADET / Position82 |

### Resource Activities

| Date/Time | Resource Name | Status | Agent / Workstation |
|---|---|---|---|
| 03/26/21 12:54:15 | W85 | DISPATCHED | DEREK SARRADET / Position82 |
| 03/26/21 12:54:15 | W85 | ONSCENE | DEREK SARRADET / Position82 |
| 03/26/21 12:59:31 | W60 | DISPATCHED | DEREK SARRADET / Position82 |
| 03/26/21 12:59:31 | W60 | ONSCENE | DEREK SARRADET / Position82 |
| 03/26/21 13:00:00 | W79 * | DISPATCHED | DEREK SARRADET / Position82 |
| 03/26/21 13:00:00 | W79 | ONSCENE | DEREK SARRADET / Position82 |
| 03/26/21 13:00:15 | W15 | DISPATCHED | DEREK SARRADET / Position82 |
| 03/26/21 13:00:15 | W15 | ONSCENE | DEREK SARRADET / Position82 |
| 03/26/21 13:00:36 | W25 | DISPATCHED | DEREK SARRADET / Position82 |
| 03/26/21 13:00:36 | W25 | ONSCENE | DEREK SARRADET / Position82 |
| 03/26/21 13:54:03 | W79 | TERMINATED | DEREK SARRADET / Position82 |
| 03/26/21 15:19:22 | W25 | TERMINATED | DEREK SARRADET / Position82 |
| 03/26/21 15:19:24 | W60 | TERMINATED | DEREK SARRADET / Position82 |
| 03/26/21 15:19:26 | W15 | TERMINATED | DEREK SARRADET / Position82 |
| 03/26/21 16:26:51 | W85 | TERMINATED | DEREK SARRADET / Position82 |

*Indicates manual entry time

### General notes

| Date/Time | Note | Agent / Workstation |
|---|---|---|
| 03/26/21 12:54:13 | 2 DETAINED | DEREK SARRADET / Position82 |
| 03/26/21 13:04:31 | SUBJ FLED ON FOOT HEADING TOWARD COURT ST | DEREK SARRADET / Position82 |
| 03/26/21 13:04:46 | BM PLAID SHIRT KHAKI SHORTS APPROX 6'8 | DEREK SARRADET / Position82 |
| 03/26/21 13:04:55 | NECK TATTOO | DEREK SARRADET / Position82 |
| 03/26/21 13:05:11 | POSS WENT INTO THE HILTON | DEREK SARRADET / Position82 |
| 03/26/21 13:05:25 | CORRECTION THE HAMPTON BY HILTON | DEREK SARRADET / Position82 |
| 03/26/21 13:07:30 | CODE 4 1 IN CUSTODY | DEREK SARRADET / Position82 |
| 03/26/21 13:13:57 | ROADRUNNER WRECKER, Confirmed | DEREK SARRADET / Position82 |
| 03/26/21 13:49:06 | W25 10-49 1F 10-77 888 | DEREK SARRADET / Position82 |
| 03/26/21 14:02:45 | W25 10-97 NARCOTICS | DEREK SARRADET / Position82 |

## HigherGround
## Stand Alone CD Feature
## Certified Certificate

The HigherGround stand-alone CD feature is the best way to distribute recorded interactions to ensure that the media on the DVD is an exact replica of the audio originally recorded by the HigherGround recording server. Stand-Alone CDs include only select recorded interactions and a copy of the HigherGround Capture911 user interface. In addition, a digital signature that was created at the time of original recording to compare to archived media on the Stand-Alone DVD. If a change were made to any audio recording archived on the disk the **digital signature** would fail and would show as invalid. In addition all media archived to the Stand-Alone DVD is encrypted using the same encryption standards used by today's online banks.





HigherGround