# Exhibit 15

# ATTACHMENT 1

TROSCLAIR PRINT INC. - PLAQUEMINE, LA 70764

# WEST BATON ROUGE SHERIFF'S OFFICE
## MIKE CAZES, SHERIFF
### VEHICLE STORAGE, WRECKER REQUEST AND INVENTORY RECORD

Inquiries Made: Yes [ ]  No [✓]
Owner Notified: Yes [ ]  No [ ]  N/A [✓]

W.B.R.S.O. FILE NO. **N-21-034**

**Vehicle Information**

| Year | Make | Type | Color | Vin | Plate | State/Year |
|---|---|---|---|---|---|---|
| 20 | Ford | MUS | SIL | | CIH6486 | GA |

Odometer:
Place Recovered: **I10 WB @ 415**

Officer Name: **A. Connelly**
Zone:
Time:
Date: **3-26-21**
Hold: Yes [ ]  No [✓]  N/A [ ]

Name/Address Where Stored: **Road Runner**

Reason Towed:  Acc [ ]  DWI [ ]  Abandoned [ ]  Crime [✓]  32:392 [ ]  Seized [ ]  Stolen [ ]

Vehicle Driveable:  Yes [✓]  No [ ]  Unknown [ ]  Driven by: **NIA MILLS**

**Wrecker Request**

I, the undersigned, as the owner and/or driver of the described vehicle, do hereby authorize/request:
[ ] The W.B.R.S.O. to call _____ Wreck
[✓] The W.B.R.S.O. to call the next scheduled wrecker service.
[ ] The vehicle will be parked at: _____
    wherein I will be left responsible for its safekeeping.
[ ] The vehicle be remanded to the custody of _____
    D/L# _____; wherein he/she will be responsible for safe

In consideration for compliance with the above request, I will not hold the West Baton Rouge Sheriff's Office liable for the loss damage to the vehicle or contents.

_____  _____
(Signature of Owner/Driver)        (Date and Time)

**Condition of Vehicle**

Doors & Trunk:  Locked [ ]   Unlocked [✓]   Keys in Car [ ]   Keys at: _____
Damage:  Front [ ]   Rear [ ]   L/side [ ]   R/side [ ]   Inside [ ]

**Inventory List**

Radio:  AM [ ]
        AM/FM [✓]
        CB [ ]
        Cassette [ ]
        Other [ ]

Radar Detected [ ]
Aux/Lights [ ]
Spec. Wheels [ ]
Spare Tire [ ]
Lug Wrench [ ]

Trailer Hitch [ ]
Tools [ ]
Contraband [ ]  (List)
Valuables [ ]   (List)
Currency [ ]    (List)

List (Contents & Location): **Clothing Items, loose change**

See supplement [ ]

Receipt of Vehicle & Contents: _____

Catchings_Discovery000030        000023