# Exhibit 16

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

NIA MILLS                                            CASE NO. 22-193-BAJ-EWD

v.

WILLIAM ALLEN CONNELLY, ET AL.

---

## DECLARATION OF SHIRLEY LEE

---

**STATE OF LOUISIANA**

**PARISH OF WEST BATON ROUGE**

In accordance with 28 U.S.C. 1746, I, Shirley Lee, hereby state and declare the following from my personal knowledge:

1. My name is Shirley Lee, and I am a Louisiana resident over the age of majority.

2. I am the manager of Roadrunner Towing West. Our business address is 4021 LA-1, Port Allen, Louisiana.

3. I am also the custodian of records for Roadrunner Towing West.

4. The documents affixed hereto are impound and vehicle recovery records pertaining to a 2020 Ford Mustang bearing Georgia license plate number CIH6486, which was recovered by Roadrunner Towing West at the request of the West Baton Rouge Parish Sheriff's Office on or about March 26, 2021 and which was returned to a representative of Smart Tow on or about April 23, 2021.

5. The documents affixed hereto are true and correct copies of the original documents which are kept in the ordinary course and scope of business for Roadrunner Towing West, and which pertain to the rental car referenced in paragraph number 4 of this Declaration.

EXHIBIT H

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 7th day of May, 2024.

_____
SHIRLEY LEE

**ROADRUNNER WEST**
4021 HWY 1 SOUTH
PORT ALLEN, LA 70767
Ph: 225-749-3943
Fax:
I N V O I C E

| Paid By: | | |
|---|---|---|
| SMART TOW | Invoice: | W406781 |
| LATREAL SMART | Date: | 04/23/2021 |
| 3045 ROSEWALD RD | PO#: | |
| BATON ROGUE LA | Hold: N | Completed: Y |
| 006786442 | Dispatched: | |
| | Finished: | 14:45 |

| | |
|---|---|
| Reason: CRIME | Pickup From: I-10 WEST BOUND AT HWY 415 EXIST |
| Callby: WBRP SHERIFF | Tow To 1: 4021 HWY 1 SOUTH, PORT ALLEN, LA |
| Date: 03/26/2021 | Tow To 2: |
| Time: 13:13 | Yard No:   Lot No:   Slot No: |
| Year: 2020 | Key No: 30 |
| Make: FORD | Insurance Co: |
| Model: MUSTANG | Claim No: |
| Color: GRAY | Service: |
| VIN: 1FATP8UH1L5121396 | Tow Type: |
| State: GA | Unit No: 16 |
| License: CIH6486 | Driver: LD |
| Expire: | 1st Letter: / / |
| Odometer: | 2nd Letter: / / |
| Condition: RUNNING | Redeliver To: |
| Officer: | |
| File No: | |
| Release No: | |
| Person Releasing Vehicle: SLEE | |
| Person Releasing Hold: | |

☑ PAID 4/23/21
 CK5707

| Comments: | Date Stored : 03/26/2021 |
|---|---|
| | Date Released : 04/23/2021 |
| Contents: | Days In Storag : 29 |
| | Storage Rate : 24.00 |
| | Storage Amount : 696.00 |
| **Registered Owner:** | End Mileage : 0.00 |
| STATE | Beginning Mileage : 0.00 |
| | Total Mileage : 0.00 |
| | Mileage Rate : 0.00 |
| | Mileage Charge : 0.00 |
| | Towing : 161.25 |
| **Lien-Holder:** | Admin : 0.00 |
| | ORSV : 30.00 |
| | Fuel Sur : 15.51 |
| | : 0.00 |
| | : 0.00 |
| | Other Fees : 0.00 |
| | Redeliver : 0.00 |
| | Total : 0.00 |
| **Signed By:** _[signature]_ | Amount Paid : 902.76 |
| | Pay This Amount --------------> $0.00 |

*Complaints may be addressed to the Louisiana Public Service Commission- Attention Transportation Division, P.O. Box 91154, Baton Rouge, Louisiana 70821 or by contacting a district Commissioner.....NO RETURNS OR CANCELLATIONS OR REFUNDS

## ROADRUNNER WEST
### 4021 HWY 1 SOUTH
### PORT ALLEN, LA 70767
### Ph: 225-749-3943
### Fax:
### INVOICE

| Paid By: | | Invoice: W406781 | |
|---|---|---|---|
| SMART TOW | | Date: 04/23/2021 | |
| LATREAL SMART | | PO#: | |
| 3045 ROSEWALD RD | | Hold: N | Completed: Y |
| BATON ROGUE LA | | Dispatched: | |
| 006786442 | | Finished: 14:45 | |

| | |
|---|---|
| Reason: CRIME | Pickup From: I-10 WEST BOUND AT HWY 415 EXIST |
| Callby: WBRP SHERIFF | Tow To 1: 4021 HWY 1 SOUTH,PORT ALLEN,LA |
| Date: 03/26/2021 | Tow To 2: |
| Time: 13:13 | Yard No:    Lot No:    Slot No: |
| Year: 2020 | Key No: 30 |
| Make: FORD | Insurance Co: |
| Model: MUSTANG | Claim No: |
| Color: GRAY | Service: |
| VIN: 1FATP8UH1L5121396 | Tow Type: |
| State: GA | Unit No: 16 |
| License: CIH6486 | Driver: LD |
| Expire: | 1st Letter: / / |
| Odometer: | 2nd Letter: / / |
| Condition: RUNNING | Redeliver To: |
| Officer: | |
| File No: | ☑ PAID 4/23/21 |
| Release No: | OK5707 |
| Person Releasing Vehicle: SLEE | |
| Person Releasing Hold: | |

| Comments: | | Date Stored : 03/26/2021 | |
|---|---|---|---|
| | | Date Released : 04/23/2021 | |
| Contents: | | Days In Storag : | 29 |
| | | Storage Rate : | 24.00 |
| | | Storage Amount : | 696.00 |
| Registered Owner: | | End Mileage : | 0.00 |
| STATE | | Beginning Mileage : | 0.00 |
| | | Total Mileage : | 0.00 |
| | | Mileage Rate : | 0.00 |
| | | Mileage Charge : | 0.00 |
| | | Towing : | 161.25 |
| Lien-Holder: | | Admin : | 0.00 |
| | | ORSV : | 30.00 |
| | | Fuel Sur : | 15.51 |
| | | : | 0.00 |
| | | : | 0.00 |
| | | Other Fees : | 0.00 |
| | | Redeliver : | 0.00 |
| Signed By: [signature] | | Total : | 0.00 |
| | | Amount Paid : | 902.76 |
| | Pay This Amount ---------------> | | $0.00 |

*Complaints may be addressed to the Louisiana Public Service Commission- Attention Transportation Division, P.O. Box 91154, Baton Rouge, Louisiana 70821 or by contacting a district Commissioner.....NO RETURNS OR CANCELLATIONS OR REFUNDS

## ROADRUNNER WEST
### 4021 HWY 1 SOUTH
### PORT ALLEN, LA 70767
### Ph: 225-749-3943
### Fax:

## RELEASE FORM

**Paid By / Release To:**
SMART TOW
LATREAL SMART
3045 ROSEWALD RD
BATON ROGUE LA
006786442

Invoice: W406781
Date: 04/23/2021
Time: 09:39

### Vehicle Description

Year: 2020
Make: FORD
Model: MUSTANG
Color: GRAY
VIN: 1FATP8UH1L5121396

State: GA
License: CIH6486
Expire:
Condition: RUNNING
Driver Sign to Receive Keys: _____

### Release Terms

I do agree that I am the registered owner or a legal representative of the registered owner.

I understand that the release of this vehicle does not give or imply consent for this vehicle to be operated on a public street or highway unless the owner and/or operator has complied with all applicable state and local laws.

By signing this release I will not hold ROADRUNNER WEST further liable for vehicle.

Signed: _____
Owner / Operator
Latreal Smart
Print Your Name

Your Drivers License Number and State

Copy of Driver's License Here

THE HERTZ CORPORATION
8501 Williams Road
Estero, FL 33928



## RELEASE AND HOLD HARMLESS AGREEMENT

DATE: _____02/17/21_____

| TOW COMPANY: | POLICE DEPT OR IMPOUND YARD: |
|---|---|
| SMART TOW<br>2891 ROSENWALD ROAD<br>BATON ROUGE, LA<br>70807 | Roadrunner Wrecker<br>4021 La Hwy 1 S<br>Port Allen, LA<br>70767 |
| PHONE: 225-356-3002 | PHONE: : 225-749-3943 |

THE HERTZ CORPORATION ALONG WITH ITS SUBSIDIARIES AND AFFILIATES (TOGETHER "HERTZ"), AGREES THROUGH AUTHORIZATION GRANTED TO **GERBER NATIONAL CLAIMS SERVICES OR ITS AUTHORIZED AGENT OR SUBCONTRACTOR** (TOGETHER "GERBER"), TO RELEASE YOU AND HOLD YOU HARMLESS FROM ANY AND ALL CLAIMS THAT MAY HAVE AGAINST YOU ARISING FROM DELIVERING THIS VEHICLE TO **GERBER**.

DRIVER'S NAME:_____
DRIVER'S SIGNATURE: _____
DRIVER'S STATE AND DRIVER'S LICENSE NUMBER _____

THE DRIVER FOR **GERBER** IS A REPRESENTATIVE OF HERTZ AND HAS AUTHORIZATION TO TAKE POSSESSION OF THE BELOW DESCRIBED VEHICLE:

**YEAR/MAKE & MODEL: 2020 FORD MUSTANG**

**LICENSE PLATE #: CIH6486**

**HERTZ VEHICLE #: 8534109**

**COLOR: SILVER**

**VIN #: 1FATP8UH1L5121396**

GERBER REPRESENTATIVE NAME: LAKAURIA DAVIS

GERBER REPRESENTATIVE TITLE: CUSTOMER SERVICE REP



150 Center Court
Schaumburg, Illinois 60195
1-844-366-8697

# Georgia Certificate of Title

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | ODOMETER | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|---|
| 1FATP8UH1L5121396 | FORD | 2020 | CONVERTIBLE | MUSTANG | 000015 | 4 | 12/18/2019 |
| 1FATP8UH1L5121396 | | | | | 000015 | | |

| DATE VEHICLE PUR | FUEL | NEW OR USED | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|
| 11/29/2019 | GASOLINE | New | 770020228689965 /GA | 1 | SIL | 770022215126980 |

MAIL TO:

BNY MELLON TRUST CO NA
26933 NORTHWESTERN HWY
STE 100
SOUTHFIELD MI 48033-4701

TO

**OWNER**
HERTZ VEHICLES LLC
3062 SPRINGDALE RD
ATLANTA GA 30354-1056

*ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

**1ST LIEN OR SECURITY INTEREST**
BNY MELLON TRUST CO NA
26933 NORTHWESTERN HWY
STE 100
SOUTHFIELD MI 48033-4701

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**



The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

**RELEASE OF LIEN OR SECURITY INTEREST**

DATE OF RELEASE   SECURITY INTEREST HOLDER   AUTHORIZED AGENT

1ST LIEN _____ BY _____
2ND LIEN _____ BY _____
3RD LIEN _____ BY _____

1049078837



| T/O REV. 2/19 | THIS TITLE MUST BE TRANSFERRED IMMEDIATELY INTO THE NEW OWNER'S NAME. CAUTION: $100 FINE OR 30 DAYS IMPRISONMENT FOR ACCEPTANCE OR DELIVERY OF EACH CERTIFICATE OF TITLE ASSIGNED IN BLANK. TAG REGISTRATION MUST BE TRANSFERRED WITHIN 30 DAYS OR OWNER WILL BE SUBJECT TO FINE OF UP TO $100. NEW VEHICLES MUST BE REGISTERED WITHIN 30 DAYS OF THE DATE OF PURCHASE. OWNER MUST COMPLETE ALL SPACES IN FULL. DO NOT USE RED INK. NOTICE: ANY ALTERATION VOIDS THIS TITLE. |

## ASSIGNMENT AND WARRANTY OF TITLE BY OWNER

TO BE COMPLETED BY SELLER and delivered with the vehicle to the purchaser. Effective July 1, 2008, an application for new Certificate of Title must be made by purchaser on title application form and filed within 30 days of date of purchase in order to avoid $10.00 penalty. If the vehicle described hereon is junked or dismantled, this Certificate of Title must be returned to the Motor Vehicle Division within 72 hours. FEDERAL and State Law requires that you state the odometer reading in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT or providing a FALSE STATEMENT may result in fines and/or imprisonment. The undersigned hereby sells, assigns or transfers the vehicle described on the face of this certificate to:

**ALL BLOCKS MUST BE COMPLETED ACCURATELY. SUBMIT SIGNED & NOTARIZED AFFIDAVITS EXPLAINING ANY ERRORS.**

PURCHASER'S LEGAL NAME
STREET OR R.F.D. NO.
CITY, STATE & ZIP CODE      COUNTY OF RESIDENCE
DATE OF SALE/TRANSFER

Any alteration or erasure of date of sale will result in a $10.00 Penalty Fee.

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING    NO TENTHS
*CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK
☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   **WARNING: ODOMETER DISCREPANCY**

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW:

Transferor's (SELLER'S) Printed Name ___
Transferee's (BUYER'S) Printed Name ___
Transferor's (SELLER'S) Signature X___
Transferee's (BUYER'S) Signature X___

### DEALER (COMPLETE ALL SPACES IN FULL)    DO NOT USE RED INK

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW. We also warrant this Title and certify that the vehicle described herein has been transferred to the following:

**1st DEALER'S ASSIGNMENT**

Purchaser's Legal Name ___   Purchaser's Address ___   County of Residence ___
Dealer's Permanent ID Number or Dealer's Master Tag Number ___   Unauthorized use may lead to prosecution   Registered Dealer's Name ___

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING    NO TENTHS
☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   **WARNING: ODOMETER DISCREPANCY**
Date of Sale/Transfer

Transferor's (SELLER'S) Printed Name ___
Transferee's (BUYER'S) Printed Name ___
Transferor's (SELLER'S) Signature X___
Transferee's (BUYER'S) Signature X___

**2nd DLR ASSIGNMENT**

Purchaser's Legal Name ___   Purchaser's Address ___   County of Residence ___
Dealer's Permanent ID Number or Dealer's Master Tag Number ___   Unauthorized use may lead to prosecution   Registered Dealer's Name ___

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING    NO TENTHS
☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   **WARNING: ODOMETER DISCREPANCY**
Date of Sale/Transfer

Transferor's (SELLER'S) Printed Name ___
Transferee's (BUYER'S) Printed Name ___
Transferor's (SELLER'S) Signature X___
Transferee's (BUYER'S) Signature X___

**3rd DLR ASSIGNMENT**

Purchaser's Legal Name ___   Purchaser's Address ___   County of Residence ___
Dealer's Permanent ID Number or Dealer's Master Tag Number ___   Unauthorized use may lead to prosecution   Registered Dealer's Name ___

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING    NO TENTHS
☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   **WARNING: ODOMETER DISCREPANCY**
Date of Sale/Transfer

Transferor's (SELLER'S) Printed Name ___
Transferee's (BUYER'S) Printed Name ___
Transferor's (SELLER'S) Signature X___
Transferee's (BUYER'S) Signature X___

### LIEN OR SECURITY INTEREST HOLDER TO BE RECORDED ON NEW TITLE

The lien/security interest holder must be shown on the title application

LIEN/SECURITY INTEREST HOLDER'S Name ___
LIEN/SECURITY INTEREST HOLDER'S Address ___

ATTN: DEALERS AND DISTRIBUTORS Retain a copy of front and back of this document. Retention period: 3 Years.



# Louisiana Department of Public Safety and Corrections

## Office of Motor Vehicles

Specialized Vehicle Unit

April 5, 2021

RECEIVED FROM DMV
MAY 06 2021
SOUTHERN INFORMATION SERVICES

Sis
3445 Harding Blvd

Baton Rouge LA 70807

Ref: 1FATP8UH1L5121396
ROADRUNNER TOWING &
3/26/2021 2020 FORD

Dear Applicant:

The Office of Motor Vehicles' records reflect that this vehicle is registered to:

OWNER: HERTZ VEHICLES LLC
4210 GLOBAL GATEWAY CON
COLLEGE PARK, GA 303374006

** PLEASE COMPLETE AND SUBMIT THE ATTACHED FORM TO GEORGIA DMV FOR LIEN HOLDER. **

A first notice must be dated and mailed within ten business days from the date the Department or one of its authorized agents sends the owner information of the stored vehicle.

A final notice must be mailed to the owner/lienholder after 46 days from the date of storage or adjusted date of storage, when applicable, to the owner/lienholder.

This information is furnished in compliance with State law R.S.32:1711-1731. The Department has used due diligence in obtaining information from nationwide data bases available, however, the Louisiana Department of Public Safety & Corrections does not warrant that the information herein is correct.

Please verify that the vehicle information is correct on all documents that are submitted.

You must wait 18 days from the date of final notice, before returning the complete file on this vehicle to our office to apply for the Permit to Sell.

Please contact our office at he number listed below for assistance.



Visit our website at : www.expresslane.org

Specialized Vehicle Unit
Office of Motor Vehicles
P. O. Box 64886
Baton Rouge, LA 70896-4886
(225)925-6381

PR:zg
Enclosure