# Exhibit 17

18TH JUDICIAL DISTRICT COURT
PARISH OF WEST BATON ROUGE
STATE OF LOUISIANA

State of Louisiana                                                Case #
VS
$3567.00                                                         Warrant Number #
Corey Catchings

### APPLICATION FOR AND AFFIDAVIT IN SUPPORT OF A SEIZURE WARRANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BEFORE ME, the undersigned Authority of the 18TH JUDICIAL DISTRICT COURT, Parish of WEST BATON ROUGE, State of Louisiana, **Narcotics William A Connelly,** of the West Baton Rouge Parish Sheriff's Office, who, upon being duly sworn by me, deposes and says:

THAT A SEIZURE WARRANT SHOULD BE ISSUED FOR THE FOLLOWING PROPERTY:

One rubberbanded bundle of U.S. currency in mixed denominations counted by the Bank to total $3,567.00

FOR THE FOLLOWING REASONS:

**Affiant is an officer of the West Baton Rouge Parish Sheriff's Office, and has been designated by the District Attorney as a seizing officer pursuant to R.S. 40:2601, et seq. Affiant's knowledge of the facts of this matter result from his personal participation in the investigation and /or as a result of his supervisory position via personal contact with the investigating officers and review of their case reports.**

On 3/26/21 I Deputy Connelly was patroling the area of I-10 W/B when I observed a convertable Ford Mustang make multiple lane changes without out signaling and failing to mantain control of the vehicle by crossing the solid yellow line and partially leaving the roadway.

I then activated my emergency lights on my unit and pulled the vehicle over at approximately the 151 W/B on I-10.

I then exited my unit and began approaching the driver side of the vehicle and immediatly detected the odor of burnt marijuana coming from the vehicle.

Tuesday, March 30, 2021 10:40

I identified myself as a Deputy with the West Baton Rouge Sheriffs department and explained to the female driver why she had been stopped and asked her to retrieve her insurance, drivers license and registration and exit the car.

Upon exiting the vehicle the driver identified herself as Nia Mills and explained to me the only paperwork she had on the car was from Hertz because it was a rental car.

I then mirandized Mills and asked her if there was anything illegal in the car and she stated no theres is not, I then explained to her that I smelled Marijuana coming from the car and I asked her where she was heading.

Mills then stated "We are on our way to Texas to buy weed I mean a car."

I then asked Mills what type of car she was going to Texas to buy and she stated " I dont know I havent decided yet maybe a Dodge."

I then asked Mills who the passenger in the car was and she stated " My friend" but could not give me a name.

At this point I asked Mills to stay at the rear of her vehicle so i could identify her passenger.

As I approached the passenger window I witnessed the black male passenger reaching into his waist band and I asked him to please keep his hands where I could see them and please get your identification card for me.

While waiting on the passenger to find his Identification card I could see in plain veiw marijuana residue thru out the vehicle.

I again asked the passenger for his Identification and yet again he reached towards his waisband.

At this point I ordered the passenger out the car and upon exiting the car I told the passenger to place his hands on the car so that I could perform a Terry frisk for weapons.

He intitally complied but as I reached his waistband he spun around and began fighting me striking me in the left shoulder in an attempt to escape after a brief struggle he fled on foot towards the Comfort Inn Hotel on Commercial Dr.

I radioed dispatched and informed them of the description of the suspect and last known location and asked for any availible unit for assistance.

Agt. John Gaudet informed me that he located the suspect exiting the elevator in the Hampton Inn Hotel lobby, identifying himself as a sheriff's deputy and ordered the suspect to get on the ground.

Tuesday, March 30, 2021 10:40

Agt. J. Gaudet then advised that the suspect refused to comply with lawful orders then ran back into the elevator but he was able to stop the doors from closing and at that time a physical altercation took place inside the elevator.

Agt. J. Gaudet then advised that suspect attempted to disarm him of his AR-15 patrol rifle as they were actively fighting in the elevator and into the lobby.

Agt. J. Gaudet then advised that while fighting to maintain possession of his patrol rifle he was unable to gain full control of the suspect and he fled out of the hotel into the back parking lot.

He was then apprehended by Deputies outside and taken into custody a search incident to arrest discovered he was in possession of a large bundle of rubberbanded U.S. currency concealed on his person .

After being informed by dispatch that the suspect was taken into custody and a probable cause search of the vehicle was conducted.

During the search of the vehicle, I recovered a small bag of purported Marijuana.

Mills was then taken to the Narcotics Office and issued a misdemeanor summons for her traffic violations and possession of marijuana.

Catching was transported to the West Baton Rouge Jail to be booked on his charges.

*William A Connelly*

AFFIANT
West Baton Rouge Parish Sheriff's Office

Tuesday, March 30, 2021 10:40

SWORN TO AND SUBSCRIBED BEFORE ME THIS 30 DAY OF March, 2021.

*Tonya S Lurry*

Judge Tonya S Lurry
18TH JUDICIAL DISTRICT COURT
PARISH OF WEST BATON ROUGE
STATE OF LOUISIANA

Tuesday, March 30, 2021 10:40