# Exhibit 18



















