# Exhibit 19

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF LOUISIANA
CIVIL ACTION NO.: 22-CV-00193


NIA MILLS,

         Plaintiff,

vs.

WILLIAM CONNELLY, ET AL,

         Defendant.
_____


                 REMOTE DEPOSITION OF STEVEN BECKERMAN




         DATE TAKEN:  APRIL 14, 2025

         TIME:        12:05 p.m. - 4:03 p.m.

                  (Based on Time Zone from Notice)

         WITNESS APPEARED BY:  Video teleconference







Reported By:
ELIZABETH DARCE, AAERT No. 2275
Notary Public for the State of Florida

```
 1                    P R O C E E D I N G S

 2  Deposition taken before ELIZABETH DARCE, AAERT No. 2275, Digital

 3  Reporter, State of Florida pursuant to Notice.

 4           THE REPORTER:  We are now on the record.  We are on

 5  the record at 10- -- 12:05 Eastern Time, on April 14, 2025.  My

 6  name is Elizabeth Darce with U.S. Legal Support with

 7  headquarters in Houston, Texas.

 8           I'm a notary public licensed in the State of Florida.

 9  I'm located in Highlands County, and I will be administering the

10  oath to the witness remotely.  The audio record, video recording

11  will continue to take place until all parties agree to go off

12  the record.  Private conversations and-or attorney client

13  interactions should be held outside the presence of the remote

14  interface.

15           This is the video recorded proceeding of

16  Steve Beckerman taken by -- taken by counsel for the plaintiff

17  in the matter of The United States District filed in

18  the -- filed in The United States District in -- for The Middle

19  District of Louisiana.

20           This proceeding is being conducted remotely via

21  RemoteDepo Pro.  The parties agree that an oath would be

22  administered to the witness.  That I will record an audio

23  proceeding of -- after which a transcriptionist will produce a

24  final transcript, if ordered.  In accordance with applicable

25  law, the transcript will be provided to the witness for review,
```

1 correction, and signature.

2          Would the parties please state your agreement and

3 appearances for the record, beginning with plaintiff.

4          MS. MENZA:  Good morning.  My name is Marjorie Menza.

5 I'm an attorney for plaintiff, Nia Mills, and I agree to these

6 proceedings.

7          MR. WIXOM:  Good morning.  Jason Wixom, on behalf of

8 defendants, former Sheriff Mike Cazes, William Connelly, and

9 John Gaudet, and I agree.

10          MS. MENZA:  And I will just also state for the record,

11 I'm joined by co-counsel, Emily Lubin and Courtney O'Donnell,

12 from the Southern Poverty Law Center, as well as

13 Lauren Fukumoto, from Hueston Hennigan, and we've got

14 Josh Behrens from the Social Justice Legal Foundation, all on

15 behalf of plaintiff.  Just so everybody is named, who is in the

16 Zoom.

17          THE REPORTER:  Thank you.

18          Will the witness please say and spell your first and

19 last name for the record.

20          MS. BARTON:  Sorry.  Hold on.  Let me clarify,

21 Madison Barton, here on behalf of ERAD and Mr. Beckerman.

22          THE REPORTER:  Thank you.

23          THE WITNESS:  I'm sorry.  Yeah.  What was the request,

24 please?

25          THE REPORTER: Will the witness please state and spell

Steven Beckerman - Part One
April 14, 2025

 1  your first and last name for the record.

 2          THE WITNESS:

 3  Steven Beckerman, S-T-E-V-E-N B-E-C-K-E-R-M-A-N.

 4          THE REPORTER:  Thank you.  The witness has provided a

 5  Florida driver's license for identification.

 6          Will the witness indicate the city and state you are

 7  in?

 8          THE WITNESS:  Oldsmar, Florida.

 9          THE REPORTER:  Please raise your right hand.

10          Do you solemnly swear or affirm the testimony you

11  provide in this given matter will be the truth, the whole truth,

12  and nothing but the truth?

13          THE WITNESS:  I do.

14          THE REPORTER:  Thank you, counsel.  You may proceed.

15                    STEVEN BECKERMAN

16  was called as a witness and, after having been first duly sworn,

17  testified as follows:

18                      EXAMINATION

19  BY MS. MENZA:

20     Q.   Great.  Okay.  Well, good morning, Mr. Beckerman.  As

21  you heard, my name is Marjorie Menza.  I'm -- I am counsel to

22  plaintiff Nia Mills in the matter Mills versus Connelly, et al,

23  which is currently pending in the U.S. District Court for The

24  Middle District of Louisiana.

25          I am gonna go over a couple of deposition basics and

 1  transaction.

 2      Q.   Understood.  Are you aware at all if the freeze on a

 3  prepaid access device, and I'm using that as the broadest term,

 4  right, could that affect anyone's credit score?  Does

 5  that -- does the report of a freeze go to any of the credit

 6  reporting agencies?  Are you aware?

 7      A.   I am not aware.

 8      Q.   Okay.  Does freezing an account require you to -- law

 9  enforcement agency to physically seize the cards as well?

10      A.   We -- what type of card are we referring to?

11      Q.   A prepaid access device?

12      A.   Okay.  Does it -- is -- so, your question is does the

13  law enforcement agency have to have a physical card in order to

14  freeze it?

15      Q.   Correct.

16      A.   Not necessarily.

17      Q.   Under what -- you said not necessarily, are there

18  exceptions that you can imagine you might need to?

19      A.   I -- I again -- not -- not my -- not my area.

20      Q.   Got it.  Okay.  Is law enforcement -- is it something

21  that you in your marketing materials or your interactions with

22  law enforcement agencies, do you recommend that they also hold

23  on to all prepaid access devices?

24      A.   We -- we don't provide guidance on how they should

25  handle physical evidence.

Steven Beckerman - Part One
April 14, 2025

```
 1        Q.    Okay.  How long does it take to freeze a card using

 2   the ERAD system?

 3        A.    A matter of seconds.

 4        Q.    How long does it take to unfreezing a card on the ERAD

 5   system?

 6        A.    A matter of seconds.

 7        Q.    Does the ERAD system require any authorization to

 8   freeze?  Is there a separate level of security or anything to

 9   initiate the freeze?

10        A.    It's up to each individual client to determine who in

11   their agency has the authority to execute whatever transactions.

12        Q.    So, there's no place to enter, like a -- the warrant

13   or the warrant case number or anything within the freezing

14   section of ERAD?

15        A.    Again, it's up to the law enforcement agency to use

16   the program that's consistent with whatever policies they have

17   in place.

18        Q.    Okay.  Are you aware whether -- so, is -- I guess,

19   do- -- does the law enforcement agency have the ability to make

20   edits to the program to require a second a -- an additional step

21   before the freeze can happen?

22        A.    The only way an -- an agency can use the program and

23   authorize users to execute certain transactions and not execute

24   certain transactions.  So, I -- are you asking is there a

25   new -- a process where they can stop and -- and then have
```

 1  somebody go through an approval process?

 2      Q.   Correct.

 3      A.   Based on the roles that are established, they can

 4  allow people to read balances, separate role to freeze balances,

 5  a separate role to seize balances.

 6      Q.   So, you could have a log-in that only allows you to

 7  check a balance, for instance, is that what you're saying?

 8      A.   Correct.

 9      Q.   And then you could have somebody else who's just the

10  freeze person?

11      A.   Correct.

12      Q.   I understand.  But if -- if somebody has all three

13  the -- the -- the balance check slash sort of user

14  information -- well, let's say the user information, right.

15  There's issue or -- sorry, strike that.

16           There's the read for the issuer and processor

17  information.  There's the balance check, there's freeze, and

18  then there's seize it seems like there's sort of four

19  capabilities?

20      A.   Correct.

21      Q.   If somebody has access to all four, is there any way

22  for a Sheriff's Office to build in a -- sort of an additional

23  wall to make sure that certain paperwork is filed before you go

24  to step two or anything like that?  With -- within the ERAD

25  system, is there any way for a Sheriff's Office to change the

```
 1                    CERTIFICATE OF REPORTER

 2

 3  STATE OF FLORIDA                    )
                                        )
 4  COUNTY OF HIGHLANDS                 )

 5

 6      I, ELIZABETH DARCE, AAERT No. 2275, Digital Reporter, State

 7  of Florida, do hereby certify that I was authorized to and did

 8  electronically report the Deposition of STEVEN BECKERMAN; that

 9  STEVEN BECKERMAN was duly sworn on the date indicated; that a

10  review of the transcript was requested and that the electronic

11  recording of the proceedings was provided for transcription.

12      I FURTHER CERTIFY that I am not a relative, employee, or

13  attorney, or counsel of any of the parties, nor am I a relative

14  or employee of any of the parties' attorneys or counsel

15  connected with the action, nor am I financially interested in

16  the action.

17          DATED this 22ND day of APRIL 2025.

18

19

20      _____
            ELIZABETH DARCE, AAERT No. 2275
21

22

23

24

25
```

```
 1                 CERTIFICATE OF TRANSCRIPTIONIST

 2

 3        I, JAYNE DOUGLAS, do hereby certify that I transcribed the

 4   electronic recording produced by ELIZABETH DARCE, AAERT No.

 5   2275,  Digital Reporter, State of Florida of the Deposition on

 6   the record; and that the foregoing transcript is a true

 7   transcript of said electronic recording.

 8        I FURTHER CERTIFY that I am not a relative, employee,

 9   attorney, or counsel of any of the parties, nor am I a relative

10   or employee of any of the parties' attorneys or counsel

11   connected with the action, nor am I financially interested in

12   the action.

13             DATED this 22ND day of APRIL 2025.

14

15

16   _____

                  JAYNE DOUGLAS
17

18

19

20

21

22

23

24

25
```