# Exhibit 21

# Your Receipt

**VIEW RECEIPT**

**Hertz**

#01  PN   RR  834854672
         RES J70211976C2

NIA MILLS

INITIAL CHARGES
RENT RT  $ 611.28  /WEEK  @  5 /WEEKS      $  3056.40
RENT RT  $ 122.26  /DAY   @  4 /DAYS       $   489.04
VEHICLE UPGRADE    $ 25 /DY 18.75 /HR      $   975.00
SUBTOTAL                                   $  4520.44

CHARGES ADDED DURING RENTAL
LDW          DECLINED
LIS          DECLINED
PAI, PEC     DECLINED
PREM RD SVC  DECLINED
FUEL & SERVICE  $.99  GALLON/TANK CAP 15.5   $   38.71
*ADDITIONAL CHARGES
SERVICE CHARGES/TAXES
ENERGY SURCHARGE                             $    1.49
Late Return Fee      Accepted @ $ 12.00 per day  T $  60.00
Return Change Fee    Accepted              T $   10.00
Impounding/Storage   Accepted                $ 1046.41
TAX    5.000 % ON TAXABLE TTL OF $  4591.93  $  229.59
TOTAL AMOUNT DUE                             $ 5906.64
CHARGED ON VISA      XXXXXXXXXXXX3745

Gold Plus Rewards Points Earned This Rental:   4559

The rate may have increased due to you returning your rental vehicle at a different time or location than your original reservation.

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:  01498  / 8534109    20 SIR MUST CV 2.3N
LICENSE:  GA CIH6486
FUEL:     NOT FULL    6/8 OUT    4/8 IN
MILEAGE IN:     31456      TR-X MILES:
MILEAGE OUT:    27363      MILES ALLOWED:
MILES DRIVEN:   4093       MILES CHARGED:
CDP:  1392782  - HERTZ MEMBER PROGRAM

RENTED:   FLOWOOD HLE
RENTAL:   03/15/21  14 23
RETURN:   04/23/21  10 24
RETURNED: BATON ROUGE-RYAN AP
COMPLETED BY:  7327  / LABTR20
*RENTAL CHARGES ARE CALCULATED FROM ORIGINALLY STATED
RETURN ON 03/25/21 BY 14 00 TO FLOWOOD HLE
AN ALTERNATE RATE WOULD BE HIGHER.

PLAN IN:   OAUW8    RATE CLASS:  G
PLAN OUT:  OAUW8

www.Hertz.com