Exhibit 22

Exhibit 22

**Hertz** Rental Record# 834854672

**NIA MILLS**

Vehicle: 2020 MUST CV
Lot:                    License:GA CIH6486

| Rental Rate* | 2 @$ 79.44 per day  T $ 158.88 |
*includes Unlimited Miles

**Additional Products**
Frequent Flyer Surcharge                    T $        .00
Vehicle Upgrade   $ 25.00per day $   18.75 per hour T $   50.00
**Fuel Responsibility**          Starting Level (NOT FULL 6/8)
You agree to replace fuel used or pay a refuelling charge of -
$  9.99  per gallon OR $ .476 per mile driven.
**Service Charges/Taxes**
ENERGY SURCHARGE                         T $        1.49
Tax  11.000%  On Est. Taxable Ttl $     210.37    $     23.14
ADJUSTMENTS

**TOTAL ESTIMATED CHARGE**              $   233.51

Credit Card Authorization Amount $    434.00
**Rented by The Hertz Corporation**
Vehicle:01498 / 8534109LocNum: MSFLO02 / 0499002
Miles Out:          27363 Plan:      OAUD2 Class:  G
Rental Location:   FLOWOOD HLE
Rental Time:       03/15/21 at  2:23 PM
Return Location:  FLOWOOD HLE
Return Time:       03/17/21 at   2:00 PM

**Rental Extensions/Changes 1-800-654-4174
Emergency Road Service 1-800-654-5060**

For Explanation of Charges: WWW.HERTZ.COM/CHARGEEXPLAINED
This estimate assumes You will rent and return at the locations and times indicated, and that you will not exceed any mileage limitations. Rental Rate subject to increase if You return Car more than 24 hours before or 24 hours after scheduled Return Time. Late returns may be subject to extra hour and/or extra day charges.
Charges indicated as "***" will be calculated at return.
Taxable charges are preceded by a "T".
834854672
                                            PG 1 OF 7 #02 RT

**Hertz** PG 2 OF 7 #02 RT   RR 834854672

CC

Further information relating to Your rental charges, and other terms to which You agree, appear below.

FUEL & SERVICE CHARGES: IF YOU DO NOT RETURN THE CAR WITH AS MUCH FUEL AS WHEN THE RENTAL STARTED, BUT REFUEL DURING THE RENTAL, REFUELING CHARGES APPLY AT AT $  9.99   PER GALLON OR, IF YOU DO NOT BUY FUEL DURING THE RENTAL AT $  .476 PER MILE. BOTH RATES PRODUCE APPROXIMATELY THE SAME RESULT.
YOU AGREE TO OPTIONAL SERVICES OF:
LDW          DECLINED
LIS          DECLINED - OUR LIABILITY PROTECTION
                   IS SECONDARY
PAI/PEC      DECLINED
PREM RDSVC DECLINED
OTHER FEES AND ASSESSMENTS:
TAX RATE - 11.000 %   APPLIES TO ALL CHARGES MARKED  T
TAX LINE INCLUDES MS SALES TAX PLUS 6%RENTAL TAX.
No "Additional Authorized Operators"  Without Our Prior Written Approval

CDP   1392782 -  You Represent That You Are Specifically Authorized to Receive  The Benefits Extended To Employees/Members Of
**HERTZ MEMBER PROGRAM**
Passenger Capacity:   The Passenger Capacity Of This Vehicle Is Determined By The Number of Seatbelts And, By Law, Must Not Be Exceeded. While In The Vehicle, Please Fasten Your Seatbelt. It Saves Lives And It's The Law. Should You Require A Larger Vehicle, Please Check At The Counter For Availability.

- You Will Be Charged An Administrative Fee Along With Towing/Impound Expenses If The Car Must Be Towed As A Result Of Your Negligence.
- We prohibit smoking in all Vehicles. Cleaning fee will apply for violations.
- Excessive Mileage On A Repeat Basis May Result In Suspension Of Future Renting Privileges.
- You Are Required To Contact Us To Extend The Rental If The Car Will Not Be Returned By The Due Date On The Rental Record.
- RETURN CHANGE FEE of $10 will be applied if Your return the Car to a different location from that which was sched iled, or if you return more than 12 hours after the date and time previously scheduled, and You notify us of an extension of Your rental by the return date and time previously scheduled by calling 1-800-654-4174. If you do not notify us of such a change, the LATE RETURN FEE of up to $15 per day, up to a maximum of five (5) days/$75 will apply. These fees will be applied in addition to any increase in rate that may occur as a result of changing the drop off location or the timeframe of Your rental.
RES ID:  J70211976C2    PLAN--OAUD2    CLASS - G
PREPARED BY: 1004/MSFLO02 PRINTED: 03/15/21  14:28
834854672
                                            PG 1 OF 7 #02 RT

**Hertz** PG 3 OF 7 #02 RT   RR 834854672

CC

**REFUELING OPTIONS**
THE FOLLOWING APPLIES TO RENTALS FROM THIS LOCATION AND AMENDS AND SUPERSEDES SECTION 8. OF THE RENTAL AGREEMENT, RENTAL JACKET PORTION AND THE APPLICABLE REFUELING PROVISIONS OF GOLD AND PLATINUM PROGRAM TERMS:
8. REFUELING OPTIONS
Most Hertz rentals come with a full ank of gas, but that is not always the case. There are three refueling options:
1. IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH AT LEAST AS MUCH FUEL AS WAS IN IT WHEN YOU RECEIVED IT, You will not pay Hertz a charge for fuel.
2. IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH LESS FUEL THAN WAS IN IT WHEN YOU RECEIVED IT, Hertz will charge You a Fuel and Service Charge at the applicable per-mile or per-gallon rate specified on the Rental Record.
a. The per-mile rate is used if You do not buy fuel during the rental. To calculate this amount, Hertz multiplies the number of miles driven, as shown on the car's odometer, times the per-mile rate shown on the Rental Record.
b. The per-gallon rate is used if You buy fuel during the rental but the tank is not as full when You return the Car as when You received it. To calculate this amount, Hertz multiplies the number of gallons needed to refill the fuel tank to the level it was at when You received the Car, times the per-gallon rate. ALTHOUGH TWO METHODS ARE USED FOR EASE OF CALCULATION, THE PER-MILE AND PER-GALLON RATES PRODUCE APPROXIMATELY THE SAME RESULT.
3. IF YOU CHOOSE TO PURCHASE FUEL FROM HERTZ AT THE BEGINNING OF YOUR RENTAL BY SELECTING THE FUEL PURCHASE OPTION, You will be charged as shown on the Rental Record for that purchase. IF YOU CHOOSE THIS OPTION, YOU WILL NOT INCUR AN ADDITIONAL FUEL AND SERVICE CHARGE, BUT YOU WILL NOT RECEIVE ANY CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME O RETURN, except in the following cases:
a. For rentals in Hawaii, if You return the Car with a full tank of fuel, You will receive a credit for the amount previously charged for the purchase of fuel from Hertz.
b. For rentals other than Replacement Rentals, if You drive the Car 75 miles or less and return it with less than a full tank of fuel, You will receive credit for the amount previously charged for the purchase of fuel from Hertz and will be charged for the fuel used at the per-mile rate shown on the Rental Record, but only if this will reduce the amount You pay for fuel.

EXCEPT FOR RENTALS AS TO WHICH  CLAUSE (a) OR (b) OF SUBPARAGRAPH (3) BECOMES APPLICABLE, THE PER GALLON COST OF THE FUEL PURCHASE OPTION WILL ALWAYS BE LOWER THAN THE FUEL AND SERVICE CHARGE. BUT IF YOU ELECT THE FUEL PURCHASE OPTION YOU WILL NOT RECEIVE CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF RETURN. THE COST OF REFUELING THE CAR YOURSELF AT A LOCAL SERVICE STATION WILL GENERALLY BE LOWER THAN THE FUEL AND SERVICE CHARGE OR THE FUEL PURCHASE OPTION. HOWEVER, THE FUEL AND SERVICE CHARGE AND THE FUEL PURCHASE OPTION ALLOW FOR THE CONVENIENCE OF NOT HAVING TO STOP AND REFUEL THE CAR PRIOR TO RETURN.

834854672

**Hertz** PG 4 OF 7 #02 RT   RR 834854672

CC

**IMPORTANT INFORMATION REGARDING TOLLS**

You are responsible to pay all tolls. For your convenience, we offer PlatePass, an electronic toll payment system operated by PlatePass, L.L.C., for use on toll roads in the areas specified below.

In the following areas all our vehicles (even without a windshield toll transponder) may use any cashless electronic toll lane: The entire States of FLORIDA, GEORGIA, COLORADO, NORTH CAROLINA and TEXAS. In Seattle, the TACOMA NARROWS BRIDGE and the SR 520 BRIDGE

TO USE PLATEPASS IN THESE AREAS: pass through the cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE AREAS, use only traditional cash toll lanes (if available) and make payment directly to the toll authority. In both video and transponder toll areas, pay all tolls with cash or your own toll transponder (where permitted) compatible to the toll road, and if your rental vehicle includes a transponder, make sure it remains fully enclosed within the shield box. Some toll roads no longer accept cash payments.  If you incur a toll on these roads, without using your own compatible transponder, and you do not utilize an alternate means of payment to the toll authority, you will be will be enrolled in PlatePass.
*************

In DELAWARE, ILLINOIS, INDIANA, MAINE, MARYLAND, MASSACHUSETTS, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, OHIO, PENNSYLVANIA, VIRGINIA AND WEST VIRGINIA, the toll authority may allow for an alternate payment method, such as payment by mail or online. Please contact the applicable toll authority. In some of these states that operate gated cashless toll lanes, only vehicles equipped with a windshield toll transponder may access the cashless toll lanes.

TO USE PLATEPASS IN THESE STATES, slide the drawer holding the transponder out of the shield box and pass through the cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE STATES, use only traditional cash lanes (if available) to make  payment directly to the toll authority or contact the applicable toll authority for alternate payment options
*************

CALIFORNIA CUSTOMERS: PlatePass coverage is available on the Golden Gate Bridge, San Francisco-Oakland Bay Bridge, Richmond-San Rafael Bridge, Carquinez Bridge, Benicia-Martinez Bridge, Antioch Bridge, San Mateo Bridge, Dumbarton Bridge, SR 73, SR 133, SR 241 and SR 261 ONLY. Coverage is NOT available on I-10, I-110, SR 91, I-15 Express Lanes and SR 125. On the Golden Gate Bridge, the toll authority allows for payment online or in person up to 30 days before crossing or within forty-eight (48) hours after crossing the cashless toll bridge. Detailed information is available at www.bayareafastrak.org In Southern California, for toll roads that accept PlatePass, the toll authority allows for payment by phone/online within five (5) days of accessing the toll road.  If you travel in the excluded HOV lanes in Southern California or if you travel on toll roads in Southern California that do not accept PlatePass, you will be charged an administrativa fee of $30.00 in addition to tolls and penalties.
*************

NOTE: Certain toll roads do not accept cash. If you travel on such a toll road without a personal transponder that can be used on the toll road, and you do not utilize an alternate means of payment to the toll authority, you will be required to use PlatePass and be billed automatically as outlined below, or incur toll charges or violations for which you will be responsible.

834854672

PLAINTIFF_0000021

 PG 5 OF 7 #02 RT   RR 834854672

CC

Where permitted by Toll Authorities, you may opt to use your personal transponder. Follow the instructions above for NOT utilizing PlatePass and install a compatible transponder properly.

If PlatePass is used, PlatePass L.L.C. will charge you a convenience fee of $5.95 for each calendar day of your rental on which tolls are incurred plus incurred tolls at the Toll Authority?s cash toll rate or highest undiscounted toll rate. PlatePass L.L.C. will separately charge your credit or debit card the applicable charges after the close of your rental. Charges typically take 1-3 weeks after the rental closes to appear on your statement, but a longer delay may occur. Cash customers will be invoiced.

PARKING AND MOVING CITATIONS.    You are responsible for the payment of all vehicle parking and moving citations assessed against You or the Car during the rental period, including all such citations captured by camera and any related fines, fees or penalties. If a citation-issuing authority notifies us that we may be liable for any such citation and any related fines, fees or penalties; You will be charged an administrative fee of up to $42.00 for each such notification. You authorize us to release your billing/rental information to PlatePass, L.L.C. and ATS Processing Services, L.L.C. to process and bill for all tolls and moving citations and administrative charges and service fees.

834854672

---

 PG 6 OF 7 #02 RT   RR 834854672

CC

ARBITRATION PROVISION: THIS AGREEMENT REQUIRES ARBITRATION OR A SMALL CLAIMS COURT CASE ON AN INDIVIDUAL BASIS, RATHER THAN JURY TRIALS OR CLASS ACTIONS. BY ENTERING INTO THIS AGREEMENT, YOU AGREE TO THIS ARBITRATION PROVISION.

Except for claims for property damage, personal injury or death, ANY DISPUTES BETWEEN You and us ("us" and "we" for the purposes of this Arbitration Provision means The Hertz Corporation, ("Hertz") its parent and affiliate corporations, and their respective officers, directors and employees and any vendor or third party providing services for this rental transaction) MUST BE RESOLVED ONLY BY ARBITRATION OR IN A SMALL CLAIMS COURT ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT ALLOWED. YOU AND WE EACH WAIVE THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER.  You and we remain free to bring any issues to the attention of government agencies.

This Arbitration Provision's scope is broad and includes, without limitation, any claims arising from or relating to this Agreement or any aspect of the relationship or communications between us, whether based in contract, tort, statute, fraud, misrepresentation, equity, or any other legal theory. It is governed by the Federal Arbitration Act, 9 U.S.C. §§1 et seq.

In any arbitration under this Arbitration Provision, all issues are for the arbitrator to decide, including his or her own jurisdiction, and any objections with respect to the existence, scope or validity of this Arbitration Provision. The arbitration will take place in the county of Your billing address unless agreed otherwise.

The American Arbitration Association ("AAA") will administer any arbitration pursuant to its Consumer Arbitration Rules (the "Rules"). You can obtain the Rules at www.adr.org.

You or we may commence an arbitration by providing a written demand for arbitration to the other (to us: The Hertz Corporation, 8501 Williams Road, Estero, FL 33928 Attn: Arbitration) and two copies of the demand to the AAA. If You seek $10,000 or less through arbitration, we will reimburse You for any AAA required filing fee.

The arbitrator may award injunctive relief as well as money, but only in favor of and as warranted by the claim of the individual party seeking relief. Judgment on the arbitral award may be entered in any court having jurisdiction. An arbitration award and any judgment confirming it apply only to the specific parties in that case and cannot be used in any other case except to enforce the award itself. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of representative or class action.

IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION PROVISION, YOU MUST NOTIFY HERTZ IN WRITING WITHIN 30 DAYS OF YOUR RECEIPT OF THIS AGREEMENT BY EMAIL AT no.arbitration@hertz.com OR BY MAIL TO The Hertz Corporation, 8501 Williams Road, Estero, FL 33928, Attn: Arbitration. Include Your name, address, the number at the top of this Rental Record, and a clear statement that You do not agree to this Arbitration Provision. If you have previously notified Hertz of Your decision to opt out of this Arbitration Provision, You do not need to do so again.
834854672

---

 PG 7 OF 7 #02 RT   RR 834854672

CC

TO BE CHARGED TO:
VISA  XXXXXXXXXXXX3745      AUTH $  434.00/092515

The Vehicle may be equipped with telematics technology that allows us to track or otherwise locate, disable and repossess the Vehicle and to obtain data about the Vehicle's use during your rental, including fuel usage and miles driven. By entering into this Agreement, You consent to our use of such telematics during your rental as permitted by applicable law. Liability Protection: If You DO NOT elect Liability Insurance Supplement (LIS) and/or You violate the Terms and Conditions of the Rental Agreement, where permitted by law, if Hertz makes any payment as a result of an accident You are responsible to indemnify Hertz for all payments made including attorney fees and costs. If You elect LIS, LIS provides protection from liability for third party automobile claims for the difference between the liability limits in Paragraph 10 of the Rental Agreement and the maximum combined single limit of $1,000,000 for bodily injury, including death and property damage. LIS also includes uninsured/underinsured motorist coverage (while occupying the Car) for bodily injury and property damage, if applicable, for the difference between the statutory minimum underlying limits and $1,000,000 for each accident.

If You decline Loss Damage Waiver (LDW), which is optional, You may be responsible for any loss or damage to the Car regardless of fault -- see Par. 4 of the Rental Agreement Terms And Conditions, which appear on the folder  (GN1900006)  delivered to You with this Rental Record (the Rental Terms).   Coverage for all or part of Your responsibility may be provided by Your own auto insurance or under your credit card agreement.

By signing below, You acknowledge that You have read, understand, accept and agree to the above and the Rental Terms, and You accept or decline the Optional Services as shown on Card 1 and Card 2.

X _____ CUSTOMER COPY - SIGNATURE ON FILE
834854672
Our Privacy Policy governs the use of data about you.  A copy of the policy is available at the rental counter and online at hertz.com.