**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Nia Mills,<br><br>    Plaintiff,<br>vs.<br><br>William Allen Connelly, et al.,<br><br>    Defendants. | Case No. 22-193-BAJ-EWD |

## MOTION TO SUBSTITUTE EXHIBITS FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who respectfully moves this Court to substitute the following exhibits to her Motion for Partial Summary Judgment (ECF No. 219-3) in order to correct two deficiencies: (1) Exhibit 1 REDACTED Photos of Cards for the previously filed Ex. 18 (ECF No. 219-22); and (2) Exhibit 2, Authenticated Expert Report of Daniel J. Busken for the previously filed Ex. 11, Expert Report of Daniel J. Busken (ECF No. 219-15; ECF No. 221-11).

Plaintiff filed the aforementioned exhibits in error. First, Plaintiff filed ECF No. 219-22, ("Ex. 18") without redacting personally identifiable information and sensitive banking information. Plaintiff has since filed a new redacted Exhibit 18 in conjunction with a corrected exhibit list. ECF No. 221-18. However, in an abundance of caution, Plaintiff also seeks to substitute the prior filed ECF No. 219-22 with the attached, given the sensitivity of the information. Second, Plaintiff filed the Expert Report of Dan Busken, Ex. 11 to her Motion for Partial Summary Judgment (ECF No. 219-15 and ECF No. 221-11), without including an authentication from

Plaintiff's Expert, Dan Busken.  Plaintiff herewith includes a Declaration to the Expert Report of Dan Busken.  To rectify these errors, Plaintiff moves to substitute the attached exhibits.

WHEREFORE, Plaintiff respectfully requests that her Motion be granted, and that the Clerk of Court be ordered to substitute the attached exhibits to her Motion for Partial Summary Judgment (ECF No. 219-3) into the record for this matter.

Date: July 11, 2025                                     Respectfully Submitted,

/s/ *Marjorie Menza*
Marjorie Menza (*pro hac vice*)
Sara Haji (*pro hac vice*)
Joshua Z. Behrens (*pro hac vice*)
**Social Justice Legal Foundation**
523 West 6th St., Suite 450
Los Angeles, CA 90014
(213) 524-5241
mmenza@socialjusticelaw.org
shaji@socialjusticelaw.org
jbehrens@socialjusticelaw.org

*and*

/s/ *Emily B. Lubin*
Emily B. Lubin (Bar No. 38823)
**Southern Poverty Law Center**
201 Saint Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
(225) 316-6709
emily.lubin@splcenter.org

*/s/ Courtney A. O'Donnell*
Courtney A. O'Donnell (*pro hac vice*)
**Southern Poverty Law Center**
150 E Ponce de Leon Ave, Suite 340
Decatur, GA 30030
(404) 521-6700
courtney.odonnell@splcenter.org

/s/ *Andrea Alajbegovic*
Andrea Alajbegovic (*pro hac vice*)
**Southern Poverty Law Center**
111 East Capitol Street, Suite 280
Jackson, MS 39201
(601) 265-8309
andrea.alajbegovic@splcenter.org

*and*

/s/ *Nora Ahmed*
Nora Ahmed (*pro hac vice*)
Charles Andrew Perry (Bar No. 40906)
Malcolm Lloyd (Bar No. 41573)
**ACLU Foundation of Louisiana**
1340 Poydras St., Suite 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org
aperry@laaclu.org
mlloyd@laaclu.org

*and*

/s/ *Brittani A. Jackson*
Brittani A. Jackson (*pro hac vice*)
**Hueston Hennigan LLP**
523 West 6th St., Suite 400
Los Angeles, CA 90014
(213) 788-4065
bjackson@hueston.com

*Counsel for Plaintiff Nia Mills*

- 4 -

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

*/s/Marjorie J. Menza*

Marjorie J. Menza

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| Nia Mills,<br><br>    Plaintiff,<br>vs.<br><br>William Allen Connelly, et al.,<br><br>    Defendants. | Case No. 22-193-BAJ-EWD |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion To Substitute Exhibits to Plaintiff's Motion For Partial Summary Judgment,

IT IS ORDERED that Plaintiff's Motion for Leave is hereby GRANTED.

Signed this _____ day of July, 2025, in Baton Rouge, Louisiana.

 

_____
**THE HONORABLE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT JUDGE**