# Exhibit 1 (MSJ Exhibit 18)
















