UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NIA MILLS                                                 CIVIL ACTION

VERSUS

WILLIAM ALLEN CONNELLY,             NO. 22-00193-BAJ-EWD
ET AL.

## ORDER

Considering **Plaintiff's Unopposed Motion For Extension Of Time To Reply To Defendant's Response In Opposition To Plaintiff's Motion For Partial Summary Judgement [R. DOC. 227-2] (Doc. 230, the "Motion")**, which requests a seven-day extension to file her Response to Defendants' Opposition (Doc. 229),

**IT IS ORDERED** that the **Motion (Doc. 230)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that on or before **August 29, 2025**, Plaintiff shall file her Response to Defendants' Opposition (Doc. 229).

Baton Rouge, Louisiana, this 22nd day of August, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA