UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NIA MILLS,<br><br>        Plaintiff,<br><br>        v.<br><br>WILLIAM ALLEN CONNELLY, ET AL.,<br><br>        Defendants. | Case No. 22-193-BAJ-EWD<br><br>Judge Brian A. Jackson<br><br>Magistrate Judge Erin Wilder-Doomes |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

      Plaintiff Nia Mills, through undersigned counsel, respectfully moves this Court for leave to file Plaintiff's Reply to Defendant's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment, which exceeds the ten-page limit set forth in Local Rule 7(g). Despite counsel's diligence, this motion is necessary so that Plaintiff may fully respond to Defendants' factual and legal challenges to Plaintiff's Motion for Partial Summary Judgment. Defendant replead qualified immunity in his Opposition, and as discussed with Defendant, given the number of claims at issue, Plaintiff requires additional pages for briefing. Plaintiff contacted counsel for Defendant and Defendant does not oppose this Motion. Plaintiff therefore respectfully requests leave to exceed the ten-page limit by fifteen (15) pages.

      Attached to the instant motion are Plaintiff's proposed: (1) Reply to Defendant's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment; (2) Response and Objections to Defendant's Statement of Uncontested Material Facts; and (3) Exhibits A-E. Plaintiff respectfully requests this Court issue an Order to the Clerk of Court directing that Plaintiff's Reply

to Defendant's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment, including all accompanying documents, be filed onto the record of this matter.

**WHEREFORE**, Plaintiff respectfully requests that the instant Unopposed Motion for Leave to File Excess Pages should be granted, and that this Court issue an Order to the Clerk of Court directing that Plaintiff's Reply to Defendant's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment, including all accompanying documents, be filed onto the record of this matter.

Date: August 29, 2025                                   Respectfully submitted,

*/s/ Marjorie J. Menza*
Marjorie J. Menza (*pro hac vice*)
Sara Haji (*pro hac vice*)
Joshua Z. Behrens (*pro hac vice*)
**Social Justice Legal Foundation**
523 West 6th St., Suite 450
Los Angeles, CA 90014
(213) 524-5241
mmenza@socialjusticelaw.org
shaji@socialjusticelaw.org
jbehrens@socialjusticelaw.org

*and*

*/s/ Courtney A. O'Donnell*
Courtney A. O'Donnell (*pro hac vice*)
**Southern Poverty Law Center**
150 E Ponce de Leon Ave, Suite 340
Decatur, GA 30030
(404) 521-6700
courtney.odonnell@splcenter.org

Andrea Alajbegovic (*pro hac vice*)
**Southern Poverty Law Center**
111 East Capitol Street, Suite 280
Jackson, MS 39201
(601) 265-8309
andrea.alajbegovic@splcenter.org

*and*

   */s/ Malcolm Lloyd*
Nora Ahmed (*pro hac vice*)
Charles Andrew Perry (Bar No. 40906)
Malcolm Lloyd (Bar No. 41573)
**ACLU Foundation of Louisiana**
1340 Poydras St., Suite 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org
aperry@laaclu.org
mlloyd@laaclu.org

*and*

   */s/ Brittani A. Jackson*
Brittani A. Jackson (*pro hac vice*)
**Hueston Hennigan LLP**
523 West 6th St., Suite 400
Los Angeles, CA 90014
(213) 788-4065
bjackson@hueston.com

*Counsel for Plaintiff Nia Mills*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

   */s/  Marjorie J. Menza*
    Marjorie J. Menza

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

NIA MILLS,
        Plaintiff,

v.

WILLIAM ALLEN CONNELLY, ET AL.,

        Defendants.

Case No. 22-193-BAJ-EWD
Judge Brian A. Jackson
Magistrate Judge Erin Wilder-Doomes

# [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES

**UPON CONSIDERATION** of Plaintiff's Motion for Leave to File Excess Pages, and finding the same to be good and sufficient;

**IT IS ORDERED** that the Motion is **GRANTED**.

Done in Baton Rouge, Louisiana this _____ day of _____, 2025.

_____
**THE HONORABLE BRIAN A. JACKSON**
**UNITED STATES DISTRICT JUDGE**