# Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NIA MILLS,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM ALLEN CONNELLY, ET AL.,<br><br>  Defendants. | Case No. 22-193-BAJ-EWD<br><br>Judge Brian A. Jackson<br><br>Magistrate Judge Erin Wilder-Doomes |

### PLAINTIFF NIA MILLS'S CONFIDENTIAL SUPPLEMENTAL RESPONSE TO DEFENDANTS' INTERROGATORY NO. 7

**NOW COMES** Nia Mills, who, through undersigned counsel, hereby supplements her response to Defendants' Interrogatory No. 7:

**INTERROGATORY NO. 7:**

Were any items, objects, or things seized from the vehicle you were operating by any deputy or employee of the West Baton Rouge Parish Sheriff's Office? If so, please identify those items, regardless of legality.

**RESPONSE TO INTERROGATORY NO. 7:**

Plaintiff objects to Interrogatory 7 on the grounds that the term "seized" is vague. Plaintiff also objects on the grounds that this Interrogatory seeks information contained in records created, maintained, and kept by Defendants. Subject to and without waving the aforementioned objection, and reserving the right to amend Plaintiff's response based on information obtained during discovery, yes. On information and belief, the following items were in the car Plaintiff operated: purse, credit and debit cards, luggage, clothing, shoes, three cell phones, one laptop, an Xbox, sea moss pills, assorted documents, and a small quantity of marijuana.

CONFIDENTIAL

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7:**

Subject to the foregoing objections, and without waiving any objections, Plaintiff supplements her response as follows:

Consistent with Plaintiff's September 12, 2023 deposition testimony, ECF No. 173-10 at Tr. 44:22–45:7; 46:3–46:8, Plaintiff's November 9, 2023 Declaration, ECF No. 126-1 at ¶¶ 4-7, and Plaintiff's June 13, 2024 Declaration, ECF No. 173-2 at ¶¶ 4-7, Plaintiff hereby supplements this response to clarify that Plaintiff never witnessed any amount of marijuana in her rental vehicle nor witnessed any marijuana removed from her rental vehicle. *Id.* In providing her original answer to Defendants' Interrogatory No. 7 on April 27, 2023, Plaintiff thought she had to include the bag of marijuana in her response because WBRSO officers told her they removed a bag of marijuana from her vehicle. ECF No. 126-1 at ¶¶ 4-7. Plaintiff did not personally possess, see, or smell marijuana in the rental vehicle during her drive along I-10 in Louisiana on March 26, 2021. *See* ECF No. 173-2 at ¶¶ 4-7; ECF No. 173-10 at Tr. 44:22–45:4; 46:3–46:25. Plaintiff only witnessed the seizure of her vehicle which, to her knowledge, contained a purse, credit and debit cards, luggage, clothing, shoes, three cell phones, one laptop, an Xbox, sea moss pills, and assorted documents. Plaintiff was told by Defendant Connelly that he had removed a small amount of marijuana from her rental vehicle. ECF No. 173-10 at Tr. 46:5-8; ECF No. 126-1 at ¶¶ 4-7.

Additionally, Defendants continue to hold Plaintiff's credit and debit cards that Defendants took from her purse during the roadside search.

Date: April 21, 2025

                                                 */s/ Marjorie Menza*
                                                 Marjorie Menza *(pro hac vice)*

CONFIDENTIAL

Sara Haji (*pro hac vice*)
**Social Justice Legal Foundation**
523 West 6th St., Suite 450
Los Angeles, CA 90014
(213) 542-5241
mmenza@socialjusticelaw.org
shaji@socialjusticelaw.org

*and*

 /s/ Emily Lubin
Emily B. Lubin (Bar No. 38823)
**Southern Poverty Law Center**
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
(225) 316-6709
emily.lubin@splcenter.org

Courtney O'Donnell (*pro hac vice*)
**Southern Poverty Law Center**
150 E Ponce de Leon Ave, Suite 340
Decatur, GA 30030
(404) 521-6700
courtney.odonnell@splcenter.org

*and*

 /s/ Nora Ahmed
Nora Ahmed *(pro hac vice)*
Charles Andrew Perry (Bar No. 40906)
**ACLU Foundation of Louisiana**
1340 Poydras St., Suite 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org
aperry@laaclu.org

***Counsel for Plaintiff Nia Mills***

CONFIDENTIAL