# Exhibit B

# Transcript of the Testimony of
# **Nia Mills**

## **Date: September 12, 2023**

## **Nia Mills v. William Allen Connelly, et al**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

# **Professional Shorthand Reporters, Inc.**
**Phone:  504-529-5255**
**Fax:  504-529-5257**
**Email:  reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

Nia Mills
Nia Mills v. William Allen Connelly, et al

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


NIA MILLS                          CASE NO. 22-193-BAJ-EWD

VERSUS

WILLIAM ALLEN CONNELLY, ET AL.


************************************************


            The deposition of NIA MILLS was

taken at the ACLU Foundation of Louisiana, located

at 1340 Poydras Street, Suite 2160, New Orleans,

Louisiana 70112, on Tuesday, September 12, 2023,

commencing at 9:20 a.m.

Nia Mills
Nia Mills v. William Allen Connelly, et al

Page 2

```
 1        APPEARANCES:

 2              SOCIAL JUSTICE LEGAL FOUNDATION

 3              BY:  VANESSA DOMENICHELLI, ESQUIRE

 4              BY:  ELIZABETH PAUKSTIS, ESQUIRE

 5                   523 West Sixth Street, Suite 450

 6                   Los Angeles, California 90014

 7                           AND

 8              SOUTHERN POVERTY LAW CENTER

 9              BY:  LESLIE FAITH JONES, ESQUIRE

10                   111 East Capitol Street, Suite 280

11                   Jackson, Mississippi 39201

12              ATTORNEYS FOR PLAINTIFF

13

14              FROSCH, RODRIGUE, ARCURI, LLC

15              BY:  JASON P. WIXOM, ESQUIRE

16                   1615 Poydras Street, Suite 1250

17                   New Orleans, Louisiana 70112

18              ATTORNEYS FOR DEFENDANTS

19

20        REPORTED BY:

21              MARLANE A. GAILLE, CCR-RPR

22              CERTIFIED COURT REPORTER #21005

23

24

25
```

Nia Mills
Nia Mills v. William Allen Connelly, et al

Page 3

```
 1                    I N D E X

 2                                        PAGE:

 3        Caption                           1

 4        Appearances                       2

 5        Stipulation                       3

 6        Witness Certificate              92

 7        Certificate Page                 94

 8

 9            EXAMINATION INDEX:

10        EXAMINATION BY:              PAGE:

11        Mr. Wixom                   7, 89

12        Ms. Domenichelli               85

13

14

15            EXHIBIT INDEX:

16     EXHIBIT NO.:                   PAGE:

17     A - Hertz rental record         81

18     B - Hertz receipt               82

19

20

21

22

23

24

25
```

Professional Shorthand Reporters, Inc.                    1-800-536-5255
Offices in New Orleans and Baton Rouge                    www.psrdocs.com

Nia Mills
Nia Mills v. William Allen Connelly, et al

Page 4

```
 1              S T I P U L A T I O N

 2              IT IS STIPULATED AND AGREED by and

 3    among counsel for the parties hereto that the

 4    deposition of the aforementioned witness may be

 5    taken for all purposes permitted within the Federal

 6    Rules of Civil Procedure, in accordance with law,

 7    pursuant to notice;

 8                   That the formalities of reading and

 9    signing are not specifically waived;

10                   That the formalities of filing,

11    sealing, and certification are specifically waived;

12                   That all objections, save those as to

13    the form of the question and the responsiveness of

14    the answer, are reserved until such time as this

15    deposition, or any part thereof, is used or sought

16    to be used in evidence.

17

18                        *   *   *

19

20              MARLANE A. GAILLE, CCR-RPR,

21    Certified Court Reporter in and for the State of

22    Louisiana, officiated in administering the oath to

23    the witness.

24

25
```

Nia Mills
Nia Mills v. William Allen Connelly, et al

Page 22

```
 1       A.   Right.

 2       Q.   And your top was up?

 3       A.   Yes.

 4       Q.   And the air conditioner was blasting, you

 5   said?

 6       A.   Yes.

 7       Q.   So do you know the name of the person who

 8   pulled you over?

 9       A.   I do now.

10       Q.   Okay.  What is his name?

11       A.   Allen Connelly.

12       Q.   Okay.  So I'm going to refer to him as

13   "Mr. Connelly" from now on, if you don't mind.

14       A.   Okay.

15       Q.   And I'll refer to Cory Catchings as

16   "Mr. Catchings" as well.

17       A.   Okay.

18       Q.   So was your window rolled up at the time

19   Mr. Connelly approached your vehicle?

20       A.   When he approached my vehicle, that's when

21   I rolled my window down.

22       Q.   What happened next?

23       A.   I asked him why he was pulling me over

24   because I wasn't speeding.  I was on cruise

25   control.
```

Nia Mills
Nia Mills v. William Allen Connelly, et al

Page 23

```
 1            The officer replied that my tires had
 2    touched the yellow line.  And then he started
 3    saying something about there being stolen cars in
 4    the area, and I told him this isn't a stolen car.
 5    This is a rental car in my name.
 6            And that's when I went in the glove box,
 7    got the rental car papers for him, and gave him the
 8    rental car papers with my ID.
 9       Q.   After you gave him those documents, what
10    did he do?
11       A.   The officer told me he was going to go
12    check it out, and he returned back to his vehicle.
13       Q.   Did you and Mr. Catchings speak to each
14    other between the time that he took your documents
15    and returned to his vehicle?
16       A.   We both thought it was really weird that I
17    was getting pulled over because my tires touched
18    the yellow line.  I've never heard of that.
19            But he decided to call his grandma, and
20    that's who he spoke with.
21       Q.   And when you say "touch the yellow line,"
22    do you mean the line to the left or the right of
23    the interstate, or the dashed line in the middle of
24    the interstate?
25       A.   The yellow line on the left side.  Yes.
```

Nia Mills
Nia Mills v. William Allen Connelly, et al

Page 24

```
 1        Q.    Okay.  And you said Mr. Catchings spoke to
 2    his grandmother?
 3        A.    He called his grandmother.
 4        Q.    Do you know why he called his grandmother?
 5        A.    To tell her that we got pulled over
 6    because my tires touched the yellow line.
 7        Q.    Do you recall why he called his
 8    grandmother specifically?
 9        A.    He always calls his grandmother.
10        Q.    And did his grandmother give him any
11    advice?
12        A.    I don't know.  I wasn't in the
13    conversation.
14        Q.    Did you or Mr. Catchings feel unsafe
15    during that time period between when Mr. Connelly
16    took your documents and returned to his unit?
17        A.    No.
18        Q.    So what happened -- how long was
19    Mr. Connelly in his unit with your documents before
20    he returned to the car?
21        A.    Maybe another five minutes.
22        Q.    Were you wearing a watch at this time?
23        A.    No.  It's just an estimate.
24        Q.    Sure.  Okay.
25              At any point between the time that you
```

Page 93

```
 1                    REPORTER'S PAGE
 2            I, MarLane Gaille, certified court
 3    reporter in and for the State of Louisiana, the
 4    officer, as defined in Rule 28 of the Federal Rules
 5    of Civil Procedure, before whom this sworn
 6    testimony was taken, do hereby state on the Record:
 7            That due to the interaction in the
 8    spontaneous discourse of this proceeding, dashes
 9    (--) have been used to indicate pauses, changes in
10    thought, and/or talkovers;
11            That same is the proper method for a court
12    reporter's transcription of a proceeding, and that
13    the dashes (--) do not indicate that words or
14    phrases have been left out of this transcript; and
15            That any words and/or names which could
16    not be verified through reference material have
17    been denoted with the phrase "(phonetic)."
18
19
20
21
22
23
24
25
```

Nia Mills
Nia Mills v. William Allen Connelly, et al

Page 94

```
 1                REPORTER'S CERTIFICATE

 2            This certification is valid only for a
     transcript accompanied by my original signature and
 3   original required seal on this page.

 4            I, MARLANE GAILLE, Certified Court
     Reporter in and for the State of Louisiana, as the
 5   officer before whom this testimony was taken, do
     hereby certify that NIA MILLS, after having been
 6   duly sworn by me upon authority of R.S.37:2554, did
     testify as hereinbefore set forth in the foregoing
 7   91 pages; that this testimony was reported by me in
     the stenotype reporting method, was prepared and
 8   transcribed by me or under my personal direction
     and supervision, and is a true and correct
 9   transcript to the best of my ability and
     understanding; that the transcript has been
10   prepared in compliance with transcript format
     guidelines required by statute or by rules of the
11   board, and that I am informed about the complete
     arrangement, financial or otherwise, with the
12   person or entity making arrangements for deposition
     services; that I have acted in compliance with the
13   prohibition on contractual relationships, as
     defined by Louisiana Code of Civil Procedure
14   Article 1434 and in rules and advisory opinions of
     the board; that I have no actual knowledge of any
15   prohibited employment or contractual relationship,
     direct or indirect, between a court reporting firm
16   and any party litigant in this matter nor is there
     any such relationship between myself and a party
17   litigant in this matter.  I am not related to
     counsel or to the parties herein, nor am I
18   otherwise interested in the outcome of this matter.

19

20

21

22

23                     _____
                       MARLANE A. GAILLE, CCR-RPR
24                     CERTIFIED COURT REPORTER #21005

25
```