UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NIA MILLS                                                      CIVIL ACTION

VERSUS

WILLIAM ALLEN CONNELLY,             NO. 22-00193-BAJ-EWD
ET AL.

### ORDER

Considering **Plaintiff's Unopposed Motion For Leave To File Excess Pages (Doc. 232, the "Motion")**,

**IT IS ORDERED** that the **Motion (Doc. 232)** be and is hereby **GRANTED**. The Clerk of Court shall enter Plaintiff's proposed pleadings and related exhibits associated with Doc. 232 under a separate docket entry.

Baton Rouge, Louisiana, this **3rd** day of September, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA