## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NIA MILLS, | Case No. 22-193-BAJ-EWD |
| Plaintiff, | |
| vs. | Judge Brian A. Jackson |
| WILLIAM ALLEN CONNELLY, ET AL, | Magistrate Judge Erin Wilder-Doomes |
| Defendants. | |

## PARTIES' JOINT NOTICE OF SETTLEMENT

**NOW INTO COURT**, by and through undersigned counsel, comes Plaintiff, Nia Mills; and Defendants, West Baton Rouge Sheriff Jeff Bergeron,[1] William Allen Connelly, and John Gaudet; to report pursuant to Local Rule 16(c) that the parties have reached an agreement to settle all claims in this matter. The parties are currently working to reduce their agreement to writing. Therefore, the parties respectfully request a conditional dismissal in this matter, allowing the matter to be reinstated if the settlement is not consummated within 60 days.

.

Dated: November 17, 2025          Respectfully submitted,

/s/ *Marjorie Menza*
Marjorie Menza (*Pro Hac Vice*)
Sara Haji (*Pro Hac Vice*)
Joshua Behrens (*Pro Hac Vice*)
**Social Justice Legal Foundation**
523 West 6th St., Suite 450
Los Angeles, CA 90014
T: 213-542-5241
F: 213-323-784-2007
mmenza@socialjusticelaw.org
shaji@socialjusticelaw.org
jbehrens@socialjusticelaw.org

---

[1] Plaintiff's Complaint and First Amended Complaint named Michael Cazes, then Sheriff of West Baton Rouge Parish. Current West Baton Rouge Sheriff Jeff Bergeron is substituted automatically as a successor under Fed. R. Civ. Pro. 25(d).

1

and

/s/ Courtney A. O'Donnell
Courtney A. O'Donnell (*pro hac vice*)
**Southern Poverty Law Center**
150 E Ponce de Leon Ave, Suite 340
Decatur, GA 30030
(404) 521-6700
courtney.odonnell@splcenter.org

and

/s/ Andrea Alajbegovic
Andrea Alajbegovic (*Pro Hac Vice*)
**Southern Poverty Law Center**
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
Telephone: (601) 265-8309
andrea.alajbegovic@splcenter.org

and

/s/ Nora Ahmed
Nora Ahmed (*Pro Hac Vice*)
Charles Andrew Perry (Bar No. 40906)
Malcolm Lloyd (Bar No. 41573)
**ACLU Foundation of Louisiana**
1340 Poydras St., Suite 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org

and

/s/ Brittani A. Jackson
Brittani A. Jackson (*pro hac vice*)
**Hueston Hennigan LLP**
523 West 6th St., Suite 400
Los Angeles, CA 90014
(213) 788-4065
bjackson@hueston.com

***Counsel for Plaintiff, Ms. Nia Mills***

FROSCH, RODRIGUE, ARCURI LLC

 s/ *Jason P. Wixom*
Blake J. Arcuri (LSBN #32322)
Laura C. Rodrigue (LSBN #30428)
Jason P. Wixom (LSBN #32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel:  (504) 592-4600 Fax: (504) 592-4641
Email: barcuri@fralawfirm.com
         lrodrigue@fralawfirm.com
         jwixom@fralawfirm.com

***Counsel For Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 17th day of November, 2025 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all participants by operation of the court's electronic filing system.

/s/ *Marjorie Menza*

Marjorie Menza
